Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
LAW OFFICES OF MALLISON & MARTINEZ
1042 Brown Avenue
Lafayette, CA 94549
Telephone: (925) 283-3842
Facsimile: (925) 283-3426

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JOSE A. LOPEZ, JUAN CARLOS APOLINAR, JUAN JOSE ESTRADA SOTA, JUAN JOSE CERVANTES, ISMAEL CUEVAS, REYNAR MENDOZA, and JESUS RODRIGUEZ, on behalf of themselves and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>LASSEN DAIRY INC. (doing business as "Meritage Dairy"),<br><br>Defendants. | Case No. 1:08-CV-00121-LJO-GSA<br><br>*[Class Action]*<br><br>NOTICE AND MOTION FOR LEAVE TO AMEND PLAINTIFFS' FIRST AMENDED COMPLAINT<br><br>Date:     September 9, 2008<br>Time:    8:30 a.m.<br>Courtroom:  4, Seventh Floor<br>Complaint filed: May 2, 2007<br><br>The Honorable Lawrence J. O'Neill |

TO LASSEN DAIRY, INC. (dba "MERITAGE DAIRY") AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on September 9, 2008 at 8:30 a.m., or as soon thereafter as the matter may be heard by the Honorable Lawrence J. O'Neill, in Courtroom 4, 7th Floor, of the above-entitled court, located at 2500 Tulare Street, Fresno, CA 93721, Plaintiffs JOSE A. LOPEZ, JUAN CARLOS APOLINAR, JUAN JOSE ESTRADA SOTA, JUAN JOSE CERVANTES, ISMAEL CUEVAS, REYNAR MENDOZA, and JESUS RODRIGUEZ will and hereby do move this Court for an Order granting Plaintiffs leave to amend the First Amended Complaint (hereafter "FAC").

Specifically, Plaintiffs' seek leave of court to add four additional defendants – three California corporations and an individual. These new defendants are believed to be liable for the violations alleged in the FAC under three distinct theories (1) as joint employers of Plaintiffs and the class; (2) as persons who "caused" the alleged violations; and/or (3) as *alter egos*. Pursuant to the California Private Attorneys General Act, Cal. Labor Code §§ 2698 *et seq*. (hereafter "PAGA"), and Labor Code § 558, the proposed new defendants can be liable as persons/entities that *caused* the alleged labor law violations, regardless of whether or not they are employers. Adding these additional parties to the action would promote efficiency and economy, by bring into the litigation all parties allegedly liable to Plaintiffs and the class, while not prejudicing existing parties.

Further, Plaintiffs have complied with the administrative requirements detailed in the PAGA, which in turn entitle them under California law to amend their FAC as a matter of right. *See* Labor Code § 2699.3.[1] The proposed plaintiff has complied with the administrative requirements of the PAGA by giving notice of the violations alleged in the FAC to all required parties, including the proposed additional defendants. As such, the Plaintiffs in this action request leave to amend so that the PAGA claim for relief may be asserted against the proposed additional defendants, on grounds

---

[1] Pursuant to Labor Code § 2699.3, upon giving notice to all pertinent parties of the alleged labor law violations, any existing complaint may be amended to add a PAGA claim for relief.

that under California law they are entitled to assert their PAGA claim and to amend any existing complaint if necessary.

Further, allowing the proposed amendment would be just and efficient. The amendment seeks to assert against proposed defendants the same claims Plaintiffs have asserted against Defendant, all of which arise from common facts and occurrences. In addition, virtually the same evidence needed to establish liability against the current Defendant will be needed to establish liability against the proposed additional defendants. Finally, Plaintiffs motion is not brought in bad faith or with dilatory motive, and existing parties will not suffer prejudice, as the case is at the earliest stage of litigation, with discovery not yet begun. All parties will have ample time to prepare their case.

This motion is therefore brought for good cause and pursuant to the following: the Federal Rule of Civil Procedure 15(a), and the California Private Attorneys General Act, Cal. Labor Code §§ 2698 *et seq*. This motion is based upon this notice and motion, the memorandum in support thereof, the declaration of Marco A. Palau, the Proposed Second Amended Complaint, the pleadings and records on file, and such other evidence and argument as the Court may permit.

Dated: July 29, 2008                               LAW OFFICES OF MALLISON & MARTINEZ

By:   /s/ Marco A. Palau
      Attorney for Plaintiffs