**BAKER MANOCK & JENSEN, PC**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
Telephone (559) 432-5400
Telecopier (559) 432-5620

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. LOPEZ, JUAN CARLOS APOLINAR, JUAN JOSE ESTRADA SOTA, JUAN JOSE CERVANTES, ISMAEL CUEVAS, REYNAR MENDOZA, AND JESUS RODRIGUEZ, on behalf of themselves and all other similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> LASSEN DAIRY, INC. (doing business as Meritage Dairy"), TULE RIVER FARMS, INC., TULE RIVER RANCH, INC., BONANZA FARMS; and WILLIAM VANDER POEL, SR. <br><br> Defendants. | Case No. 1:08-cv-00121-LJO-GSA <br><br> **STIPULATION AND ORDER TO PROVIDE FINANCIAL STATEMENTS, STAY DISCOVERY, AND CONTINUE CLASS CERTIFICATION DISCOVERY, MOTION AND HEARING DEADLINES** <br><br> Date: <br> Time:  Courtroom: 10 <br> Judge: Magistrate Gary S. Austin |

## **STIPULATION**

Plaintiffs JOSE A. LOPEZ, JUAN CARLOS APOLINAR, JUAN JOSE ESTRADA SOTA, JUAN JOSE CERVANTES, ISMAEL CUEVAS, REYNAR MENDOZA, AND JESUS RODRIGUEZ, by and through their counsel of record Hector Martinez, Esq. of Mallison & Martinez, and Defendants LASSEN DAIRY, INC., doing business as Meritage Dairy, TULE RIVER FARMS, INC., TULE RIVER RANCH, INC., BONANZA FARMS; and WILLIAM VANDER POEL, SR., by and through their counsel Olga A. Balderama, Esq. of Baker Manock & Jensen, PC, do hereby stipulate as follows:

1 WHEREAS the parties participated in a mediation, before Judge Howard Broadman (Ret.), on Monday, September 28, 2009;

WHEREAS Judge Howard Broadman (Ret.) proposed that Defendants provide plaintiffs' counsel with their financial documents based on Defendants' assertions of severe economic hardship;

WHEREAS Defendants desire to provide their financial documents to plaintiffs' counsel but only if subject to (a) limited disclosure (to plaintiffs' counsel and their financial consultant(s)) and (b) in exchange for an agreement to stay litigation and additional formal discovery pending completion of settlement discussions, except a pending PMK deposition that may go forward on either October 16 or 19 as set forth below;

WHEREAS the court's Preliminary Scheduling Order Re: Motion for Class Certification and Related Discovery sets the following deadlines:

Class certification discovery deadline: **October 26, 2009;**

Plaintiffs shall file their motion for class certification no later than **November 13, 2009;**

Defendants shall file their opposition no later than **December 11, 2009;**

Plaintiffs shall file any reply brief no later than **January 15, 2010**

A hearing on the motion for class certification will be held before the Honorable Lawrence J. O'Neill in Courtroom 4 on **February 17, 2010 at 8:30 a.m.;**

A status conference following a ruling on any motion for class certification will be held on **March 3, 2010 at 10:00 a.m** before the Honorable Gary S. Austin in Courtroom 10.

NOW THEREFORE, the parties, by and through their counsel, stipulate and agree as follows:

1. Upon execution of this stipulation, and pursuant to the mediation privilege, Defendants shall provide Plaintiffs' counsel their financial statements, for the period ended March 31, 2009, which have been previously submitted to Defendants' banks, showing adjustments to reflect Defendants' estimation of fair market value, and Defendants will also provide their financial statements, for the period ended June 30, 2009, when those are completed;

2. Said financial statements will be disclosed and viewed only by Attorneys Stan Mallison,

Hector Martinez, and Marco Palau, and their financial consultant(s) and such statements will not be provided to, nor will the contents thereof be disclosed to, any other person, except as named above;

3. The parties will resume and in good faith attempt to conclude settlement discussions by Friday, November 20, 2009;

4. All discovery and litigation activity will be stayed until November 20, 2009, upon execution of the stipulation, except to the extent agreed to by the parties to facilitate settlement discussions;

5. All current deadlines to be extended by 90 days;

6. If the court declines to or does not execute this Order, Defendants agree to make the person most knowledgeable for Tule River Ranch, Inc., available for deposition on October 16th, or 19th, 2009.

IT IS SO STIPULATED.

Dated: October 2, 2009                     Mallison & Martinez

By /s/ Hector Martinez
Hector Martinez, Attorneys for Plaintiffs
JOSE A. LOPEZ, JUAN CARLOS
APOLINAR, JUAN JOSE ESTRADA
SOTA, JUAN JOSE CERVANTES,
ISMAEL CUEVAS, REYNAR MENDOZA,
AND JESUS RODRIGUEZ

Dated: October 2, 2009                     BAKER MANOCK & JENSEN, PC

By /s/ Olga A. Balderama
Olga A. Balderama
Attorneys for Defendant LASSEN DAIRY,
INC., doing business as Meritage Dairy,
TULE RIVER FARMS, INC., TULE RIVER
RANCH, INC., BONANZA FARMS; and
WILLIAM VANDER POEL, SR.

# **ORDER**

GOOD CAUSE appearing therefor, the Court vacates the following deadlines and dates: (a) Class certification discovery deadline: October 26, 2009; (b) Last day for Plaintiffs to file their motion for class certification: November 13, 2009; (c) Last day for Defendants to file their opposition: December 11, 2009; (d) Last day for Plaintiffs to file any reply brief: January 15, 2010; (d) Hearing date on motion for class certification: February 17, 2010; (e) Status conference: March 3, 2010 at 10:00 a.m.

The Court sets a further scheduling conference before U.S. Magistrate Judge Gary S. Austin to occur on November 30, 2009 at 10:00 am in Courtroom 10.  Counsel shall file a joint scheduling conference report no later than five days prior to the schdeduling conference.

IT IS SO ORDERED.

**Dated:   October 5, 2009**              _____/s/ Gary S. Austin_____
                                                              UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO  TO PROVIDE FINANCIAL STATEMENTS, STAY DISCOVERY, AND CONTINUE CLASS CERTIFICATION DISCOVERY, MOTION AND HEARING DEADLINES