1
2
3
4
5
6
7          **IN THE UNITED STATES DISTRICT COURT**
8          **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10   JOSE A. LOPEZ, et al.,                              CASE NO. CV-F-08-0121 LJO GSA

11                    Plaintiffs,                        **ORDER VACATING HEARING**
                                                         **AND REQUIRING A CONFERENCE**
12          vs.

13   LASSEN DAIRY INC., et al.,

14
                     Defendants.
15   _____/

16          On December 10, 2009, plaintiffs filed a Request for Continuance of the Summary Judgment,

17   Continuance of Class Certification Discovery Cut-Off Date, and Setting of CMC to Set Briefing

18   Schedule.  Defendants filed an opposition on December 16, 2009.  Defendants oppose the

19   continuance on the grounds that plaintiff has been dilatory between June 2009 and October 2009 in

20   conducting discovery regarding the issue raised by the Summary Judgment motion.  Defendants

21   contend that plaintiffs have had ample opportunity to propound discovery on the issue of standing

22   under the Migrant and Seasonal Agricultural Workers Protection Act.

23          A scheduling conference was held on June 1, 2009 and the Court set a briefing schedule for

24   Class Certification and discovery. These dates were later vacated pursuant to stipulation and order on

25   October 5, 2009 to allow the parties to engage in settlement discussions and mediation.  (See Doc.

26   43, Defendants Status report p. 2.)  The scheduling order of June 1, 2009 was the first scheduling

27   order in the case which scheduled the case for discovery.  Thereafter, the parties stipulated to a stay

28   discovery pending settlement.  Thus, the Court finds that a brief continuance of the motion promotes

1

1  the purpose of Rule 56(f).

2      Accordingly, based upon the evidence submitted, the Court finds that good cause exists to

3  GRANT Plaintiffs' Requested Continuance of the Summary Judgment and Discovery Cut-Off dates.

4      IT IS HEREBY ORDERED THAT:

5      1.  Defendants' Summary Judgment Motion for December 28, 2009 is VACATED.

6      2.  The parties are scheduled for a conference with the Magistrate Judge in this case on

7          January 28, 2010.  At that conference, the parties are directed to address and schedule:

8          a.  New class certification discovery cut-off date and class certification motion

9              and related dates;

10         b.  Completion of discovery directed to the issues in the summary judgment

11             motion and any additional discovery or motions to compel needed;

12         c.  A briefing schedule for the summary judgment motion in light of any

13             discovery issues and their resolution.

14         d.  Any other matters deemed appropriate by the Magistrate Judge.

15     3.  Any STAY on discovery is VACATED.

16  IT IS SO ORDERED.

17  **Dated:    December 17, 2009**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28