# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. LOPEZ, JUAN CARLOS APOLINAR, JUAN JOSE ESTRADA SOTA, JUAN JOSE CERVANTES, ISMAEL CUEVAS, REYNAR MENDOZA AND JESUS RODRIGUEZ, on behalf of themselves and all other similarly situated individuals,<br><br>            Plaintiffs,<br><br>      v.<br><br>LASSEN DAIRY, INC. (doing business as "Meritage Dairy"); TULE RIVER FARMS, INC; TULE RIVER RANCH, INC.; BONANZA FARMS; and WILLIAM VANDER POEL, SR.,<br><br>            Defendants. | 08-cv-00121 LJO GSA<br><br><br><br><br><br>SECOND SCHEDULING ORDER |

On February 4, 2010, a scheduling conference was held. Stanley Mallison, Hector Martinez, and Marco Palau, appeared telephonically on behalf of Plaintiffs. Olga Balderama and Gary Lento appeared personally for Defendants. The Court set the following deadlines:

1) All discovery for the pending Motion for Summary Judgment (Doc. 42), as well as all discovery for class certification shall be completed no later than **May 7, 2010**;

2) All discovery motions related to these issues shall be filed no later than **May 14, 2010**;

1

    3)     <u>Motion for Summary Judgment Deadlines</u>

            a) Plaintiffs' Opposition shall be filed no later than **June 25, 2010**;

            b) Defendants' Reply shall be filed no later than **July 23, 2010**;

            c) The hearing on the Motion for Summary Judgment will be held before the Honorable Lawrence O'Neill on **August 12, 2010 at 8:30 am** in Courtroom 4;

    4)     <u>Motion for Class Certification Deadlines</u>

            a) Plaintiffs' Motion for Class Certification shall be filed no later than **September 30, 2010**;

            b) Defendants' Opposition shall be filed no later than **October 29, 2010**;

            c) Plaintiffs' Reply shall be filed no later than **November 19, 2010**;

            d) The hearing on the Motion for Class Certification will be held before the Honorable Lawrence O'Neill on **December 7, 2010 at 8:30 am** in Courtroom 4);

    5)     A status conference following the ruling on the Motion for Class Certification will be held on **January 12, 2011** before the Honorable Gary S. Austin at 10:00 am in Courtroom 10; and

    6)     All other orders outlined in this Court's preliminary scheduling order issued on June 9, 2009 remain in effect. (Doc. 39).

IT IS SO ORDERED.

Dated:    **February 4, 2010**                /s/ **Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE