Olga A. Balderama     #166476
Gary N. Lento         #225118
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone:  559.432.5400
Facsimile:  559.432.5620

Attorneys for    Defendants LASSEN DAIRY INC. (doing business as "Meritage Dairy"); TULE RIVER FARMS INC; TULE RIVER RANCH, INC; BONANZA FARMS; and WILLIAM VANDER POEL, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JOSE A. LOPEZ, JUAN CARLOS APOLINAR, JUAN JOSE ESTRADA SOTA, JUAN JOSE CERVANTES, ISMAEL CUEVAS, REYNAR MENDOZA, and JESUS RODRIGUEZ, on behalf of themselves and all other similarly situated individuals,<br><br>                Plaintiffs,<br><br>    vs.<br><br>LASSEN DAIRY INC. (doing business as "Meritage Dairy"); TULE RIVER FARMS INC.; TULE RIVER RANCH, INC.; BONANZA FARMS; and WILLIAM VANDER POEL, SR.,<br><br>                Defendants. | Case No.: 1:08-cv-00121-LJO-GSA<br><br>**STIPULATION AND ORDER TO AMEND THE SECOND SCHEDULING ORDER** |

Plaintiffs JOSE A. LOPEZ, JUAN CARLOS APOLINAR, JUAN JOSE ESTRADA SOTA, JUAN JOSE CERVANTES, ISMAEL CUEVAS, REYNAR MENDOZA, AND JESUS RODRIQUEZ ("Plaintiffs"), by and through their counsel of record, Stan Mallison, Esq., of Mallison & Martinez; and Defendants, LASSEN DAIRY INC. (doing business as "Meritage Dairy"); TULE RIVER FARMS INC; TULE RIVER RANCH, INC; BONANZA FARMS; and WILLIAM VANDER POEL, SR., (sometimes collectively referred to herein as "Defendants"), by and through their counsel of record, Gary N. Lento, Esq. and/or Olga A. Balderama, Esq., of Baker Manock & Jensen, PC., do hereby stipulate as follows:

1  WHEREAS, on June 18, 2010, counsel for Plaintiffs and Defendants appeared
2  before Magistrate Judge Gary S. Austin for Plaintiffs' (1) Motion to Compel Further Responses
3  to Plaintiffs' Second Set of Requests for Production of Documents, and (2) Motion to Compel
4  Further Responses to Plaintiffs' Third Set of Requests for Production of Documents;
5  WHEREAS, Judge Austin required the parties to spend the entire day meeting
6  and conferring, in person, in an attempt to resolve the discovery disputes referenced above, and
7  return to Court at 3:00 p.m. to inform him of the status of the discussions;
8  WHEREAS, counsel for Plaintiffs and Defendants spent the majority of June 18,
9  2010 meeting and conferring on the discovery issue referenced above;
10 WHEREAS, counsel for both parties returned to Court at 3:00 p.m. on June 18,
11 2010, and informed Judge Austin that the parties have tentatively resolved the discovery disputes
12 referenced above;
13 WHEREAS, both parties informed Judge Austin that it will take about a week for
14 both parties to finalize the tentative agreement;
15 WHEREAS, based on the representations of parties' counsel, Judge Austin
16 continued the hearing on both Motions to Compel to Friday, June 25, 2010, at 9:30 a.m.;
17 WHEREAS, Defendants have filed a Motion for Summary Judgment;
18 WHEREAS, pursuant to the Second Scheduling Order dated February 4, 2010,
19 Doc. No. 56, the Motion for Summary Judgment is scheduled to be heard by the Honorable
20 Lawrence O'Neill, on August 12, 2010 at 8:30 a.m.;
21 WHEREAS, pursuant to the Second Scheduling Order dated February 4, 2010,
22 Doc. No. 56, Plaintiffs' are required to file their Opposition to Defendants' Motion for Summary
23 Judgment no later than June 25, 2010, and Defendants are required to file their Reply no later
24 than July 23, 2010;
25 WHEREAS, as a result of the time necessary to finalize the tentative agreement
26 resolving the discovery disputes referenced above, both parties' counsel asked Judge Austin to
27 continue the dates by which they are to file the Opposition and Reply concerning the Motion for
28 Summary Judgment by just one week;

WHEREAS, Judge Austin informed counsel that he cannot make changes to the schedule for the Motion for Summary Judgment because that issue will be heard by Judge O'Neill; and

WHEREAS, Judge Austin suggested that the parties submit a proposed Stipulation & Order to Judge O'Neill requesting that the Second Scheduling Order be amended.

**NOW, THEREFORE**, the parties, by and through their counsel, do hereby **STIPULATE AND AGREE** as follows:

1. That the Second Scheduling Order dated February 4, 2010, Doc. No. 56, be amended to allow Plaintiffs up to and including **July 2, 2010** to file their Opposition to Defendants' Motion for Summary Judgment; and to allow Defendants up to and including **July 30, 2010** to file their Reply.

2. That all other aspects of the Second Scheduling Order dated February 4, 2010, Doc. No. 56, remain in full force and effect, including, but not limited to, the hearing date for the Motion for Summary Judgment.

**IT IS SO STIPULATED.**

Dated:   June 22, 2010.          **MALLISON & MARTINEZ**

By  /s/ Stan S. Mallison
**Stan S. Mallison**
Attorneys for Plaintiffs JOSE A. LOPEZ, JUAN CARLOS APOLINAR, JUAN JOSE ESTRADA SOTA, JUAN JOSE CERVANTES, ISMAEL CUEVAS, REYNAR, MENDOZA, and JESUS RODRIGUEZ

DATED:  June 22, 2010.          **BAKER MANOCK & JENSEN, PC**

By  /s/ Gary N. Lento
**Gary N. Lento**
**Olga A. Balderama**
Attorneys for Defendants LASSEN DAIRY INC. (doing business as "Meritage Dairy"),TULE RIVER FARMS INC., TULE RIVER RANCH, INC., BONANZA FARMS, and WILLIAM VANDER POEL, SR.

3
**STIPULATION AND ORDER TO AMEND**
**THE SECOND SCHEDULING ORDER**

# ORDER

1. That the Second Scheduling Order dated February 4, 2010, Doc. No. 56, be amended to allow Plaintiffs up to and including **July 2, 2010** to file their Opposition to Defendants' Motion for Summary Judgment; and to allow Defendants up to and including **July 30, 2010** to file their Reply.

2. That all other aspects of the Second Scheduling Order dated February 4, 2010, Doc. No. 56, remain in full force and effect, including, but not limited to, the hearing date for the Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated:  June 23, 2010                                    /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE