Stan S. Mallison, (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
Jessica Juarez (SBN 269600)
**MALLISON & MARTINEZ**
1939 Harrison Street, Suite 730
Oakland, CA  94612
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101s
StanM@Mallisonlaw.com
HectorM@Mallisonlaw.com

Attorneys for PLAINTIFFS

Olga A. Balderama     #166476
Gary N. Lento          #225118
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone:  559.432.5400
Facsimile:  559.432.5620

Attorneys for Defendants LASSEN DAIRY INC. (doing business as "Meritage Dairy"); TULE RIVER FARMS INC; TULE RIVER RANCH, INC; BONANZA FARMS; and WILLIAM VANDER POEL, SR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JOSE A. LOPEZ, JUAN CARLOS APOLINAR, JUAN JOSE ESTRADA SOTA, JUAN JOSE CERVANTES, ISMAEL CUEVAS, REYNAR MENDOZA, and JESUS RODRIGUEZ, on behalf of themselves and all other similarly situated individuals,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>LASSEN DAIRY INC. (doing business as "Meritage Dairy"); TULE RIVER FARMS INC.; TULE RIVER RANCH, INC.; BONANZA FARMS; and WILLIAM VANDER POEL, SR.,<br><br>                    Defendants. | Case No.:  1:08-cv-00121-LJO-GSA<br><br>**STIPULATION AND ORDER TO AMEND THE SECOND SCHEDULING ORDER** |

1

**STIPULATION AND ORDER TO AMEND
THE SECOND SCHEDULING ORDER**

1   Plaintiffs JOSE A. LOPEZ, JUAN CARLOS APOLINAR, JUAN JOSE ESTRADA

2 SOTA, JUAN JOSE CERVANTES, ISMAEL CUEVAS, REYNAR MENDOZA, AND JESUS

3 RODRIQUEZ ("Plaintiffs"), by and through their counsel of record, Stan Mallison, Esq., of

4 Mallison & Martinez; and Defendants, LASSEN DAIRY INC. (doing business as "Meritage

5 Dairy"); TULE RIVER FARMS INC; TULE RIVER RANCH, INC; BONANZA FARMS; and

6 WILLIAM VANDER POEL, SR., (sometimes collectively referred to herein as "Defendants"),

7 by and through their counsel of record, Gary N. Lento, Esq. and/or Olga A. Balderama, Esq., of

8 Baker Manock & Jensen, PC., do hereby stipulate as follows:

9   WHEREAS, on June 18, 2010, counsel for Plaintiffs and Defendants appeared

10 before Magistrate Judge Gary S. Austin for Plaintiffs' (1) Motion to Compel Further Responses

11 to Plaintiffs' Second Set of Requests for Production of Documents, and (2) Motion to Compel

12 Further Responses to Plaintiffs' Third Set of Requests for Production of Documents;

13   WHEREAS, Judge Austin required the parties to spend the entire day meeting

14 and conferring, in person, in an attempt to resolve the discovery disputes referenced above, and

15 return to Court at 3:00 p.m. to inform him of the status of the discussions;

16   WHEREAS, based on the representations of parties' counsel, Judge Austin

17 continued the hearing on both Motions to Compel to Friday, June 25, 2010, at 9:30 a.m.;

18   WHEREAS, Defendants have filed a Motion for Summary Judgment;

19   WHEREAS, pursuant to the Second Scheduling Order dated February 4, 2010,

20 Doc. No. 56, the Motion for Summary Judgment is scheduled to be heard by the Honorable

21 Lawrence O'Neill, on August 12, 2010 at 8:30 a.m.;

22   WHEREAS, the parties have agreed to withdraw plaintiffs' current motions to

23 compel in return for the production of certain documents, information, and representations as

24 described below,

25   WHEREAS, as part of the discovery stipulation and order granted by Judge

26 Austin, the parties are required to request by this stipulation that the summary judgment motion

27 briefing schedule be altered so that the discovery agreed upon in Judge Austin's order can be

28 produced and analyzed (including conducing mailings to class members) in time for Plaintiffs'

**STIPULATION AND ORDER TO AMEND**
**THE SECOND SCHEDULING ORDER**

1   summary judgment opposition brief.

2         **NOW, THEREFORE**, the parties, by and through their counsel, do hereby

3   **STIPULATE AND AGREE** as follows:

4   1.     That the Second Scheduling Order dated February 4, 2010, Doc. No. 56, be amended to

5   allow Plaintiffs up to an including July 9, 2010 to file their Opposition to Defendants' Motion for

6   Summary Judgment; and to allow Defendants up to and including August 7, 2010 to file their

7   Reply.

8   **IT IS SO STIPULATED.**

9         Dated:  June 30, 2010.      **MALLISON & MARTINEZ**

10        By____/s/ Stan S. Mallison_____

11        **Stan S. Mallison**
    Attorneys for Plaintiffs JOSE A. LOPEZ,

12        JUAN CARLOS APOLINAR, JUAN JOSE
    ESTRADA SOTA, JUAN JOSE

13        CERVANTES, ISMAEL CUEVAS,
    REYNAR, MENDOZA, and JESUS

14        RODRIGUEZ

15        DATED:  June  30, 2010.     **BAKER MANOCK & JENSEN, PC**

16

17        By /s/ Gary N. Lento_____
    **Gary N. Lento**

18        **Olga A. Balderama**
    Attorneys for Defendants LASSEN DAIRY

19        INC. (doing business as "Meritage
    Dairy"),TULE RIVER FARMS INC.,

20        TULE RIVER RANCH, INC., BONANZA
    FARMS, and WILLIAM VANDER POEL,

21        SR.

22

23  ///

24  ///

25  ///

26

27

28

**STIPULATION AND ORDER TO AMEND**
**THE SECOND SCHEDULING ORDER**

1

2                                            **ORDER**

3              1.        The Second Scheduling Order dated February 4, 2010, Doc. No. 56, is hereby

4    amended to allow Plaintiffs up to an including July 9, 2010 to file their Opposition to

5    Defendants' Motion for Summary Judgment; and to allow Defendants up to and including

6    August 7, 2010 to file their Reply.

7    .

8

9    **IT IS SO ORDERED.**

10   Dated:   July 2, 2010.

11

12                                            /s/ Lawrence J. O'Neill

13                                            **HONORABLE LAWRENCE J. O'NEILL**
                                             **U.S. DISTRICT JUDGE**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO AMEND**
**THE SECOND SCHEDULING ORDER**