Stan S. Mallison, (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
Jessica Juarez (SBN 269600)
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612
Telephone: 510.832.999
Facsimile:  510.832.1101
stanm@themmlawfirm.com
hectorm@themmlawfirm.com
mpalau@themmlawfirm.com
jjuarez@themmlawfirm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOSE A. LOPEZ, JUAN CARLOS APOLINAR, JUAN JOSE ESTRADA SOTA, JUAN JOSE CERVANTES, ISMAEL CUEVAS, REYNAR MENDOZA, and JESUS RODRIGUEZ, on behalf of themselves and all other similarly situated individuals,<br><br>PLAINTIFFS,<br><br>vs.<br><br>LASSEN DAIRY INC. (doing business as "Meritage Dairy"); TULE RIVER FARMS INC; TULE RIVER RANCH, INC; BONANZA FARMS; and WILLIAM VANDER POEL, SR.<br><br>DEFENDANTS. | Case No. 1:08-cv-00121-LJO-GSA<br><br>**EVIDENTIARY OBJECTIONS TO DEFENDANTS DECLARATION OF RICHARD OPPEDYK FILED IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  July 9, 2010<br>Place: Courtroom 10, 6th Floor<br>Time: TBA<br><br>Judge Gary S. Austin |

Plaintiffs' JOSE A. LOPEZ, JUAN CARLOS APOLINAR, JUAN JOSE ESTRADA

SOTA, JUAN JOSE CERVANTES, ISMAEL CUEVAS, REYNAR MENDOZA, and JESUS

MALLISON & MARTINEZ
Attorneys at Law
1939 Harrison Street, Suite 730
Oakland, California  94612
510.832.9999
510.832.1101

EVIDENTIARY OBJETIONS TO DEFENDANTS DECLARATIONS                    Case No. 1:08-cv-00121-LJO-GSA
FILED IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT

RODRIGUEZ (hereafter "Plaintiffs') submit the following Evidentiary Objections to Defendants Declarations Filed in support of their Motion for Partial Summary Judgment.

**Declaration of Richard Oppedyk**

| No. | Material Objected to: | Grounds for Objection: | Ruling on Objections |
|---|---|---|---|
| 1. | Oppedyk Decl. ¶ 4, p. 2:4. "Meritage dairy has no slack season" | Conclusory. Lacks proper foundation; argumentative; lacks personal knowledge. FRE 602 (A witness may not testify to a matter unless evidence is introduced sufficient to support a finding that the witness has personal knowledge of the matter). It is not enough for the declarant simply to state that he or she has personal knowledge of the facts stated. Rather, the declaration itself must contain facts showing the declarant's connection with the matters stated therein, establishing the source of his or her information. FRE 602; see *United States v. Shumway* (9th Cir. 1999) 199 F3d 1093, 1104. | ❏Sustained<br><br>❏Overruled |
| 2. | Oppedyk Decl. ¶ 4, p. 2:5. "…milk production remains relatively constant throughout the year." | Conclusory. Lacks proper foundation; argumentative; lacks personal knowledge. FRE 602. See also *United States v. Shumway* (9th Cir. 1999) 199 F3d 1093, 1104. | ❏Sustained<br><br>❏Overruled |
| 3. | Oppedyk Decl. ¶ 6, p. 2:23-24. "Plaintiffs were not employed for seasonal or other temporary agricultural work." | Conclusory. Lacks proper foundation; argumentative; lacks personal knowledge. FRE 602. See also *United States v. Shumway* (9th Cir. 1999) 199 F3d 1093, 1104. | ❏Sustained<br><br>❏Overruled |
| 4. | Oppedyk Decl. ¶ 6, p. 2:25-26. "…Plaintiffs were hired to perform work activities related to the caring for and milking cows at Meritage | Conclusory. Lacks proper foundation; argumentative; lacks personal knowledge. FRE 602. See also *United States v. Shumway* (9th Cir. 1999) 199 F3d 1093, 1104. | ❏Sustained<br><br>❏Overruled |

MALLISON & MARTINEZ
Attorneys at Law
1939 Harrison Street, Suite 730
Oakland, California 94612
510.832-9999
510.832-1101

- 2 -

EVIDENTIARY OBJETIONS TO DEFENDANTS DECLARATIONS         Case No. 1:08-cv-00121-LJO-GSA
FILED IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT

| | | | |
|---|---|---|---|
| | | Dairy." | |
| 5. | Oppedyk Decl. ¶ 8, p. 3:1-2. "Any turnover in employees at Meritage Dairy is not dependent upon the duration of any job task." | Conclusory. Lacks proper foundation; argumentative; lacks personal knowledge. FRE 602. See also *United States v. Shumway* (9th Cir. 1999) 199 F3d 1093, 1104.<br><br>Turnover rates are not dispositive of whether employment is seasonal under AWPA, *Caro-Galvan*, 981 F 2d. 501, 509. | ❏Sustained<br><br>❏Overruled |
| 6. | Oppedyk Decl. ¶ 9, p. 3:6-7. "None of the Plaintiffs' jobs with Meritage Dairy required them to be absent from their permanent place of residence." | Conclusory. Lacks proper foundation: lacks personal knowledge. FRE 602. See also *United States v. Shumway* (9th Cir. 1999) 199 F3d 1093, 1104. | ❏Sustained<br><br>❏Overruled |
| 7. | Oppedyk Decl. ¶ 9, p. 3:7-8. "…Plaintiffs provided Meritage Dairy with permanent addresses…" | Hearsay, FRE 801(c).<br>Lacks proper foundation: lacks personal knowledge. FRE 602.<br>Vague and ambiguous as to the word, "permanent".<br><br>Regulations and legislative history define "permanent place of residence" as a "domicile or permanent home" to which an individual "seeks to return". 29 C.F.R. § 500.20(p)(2), H.R. Rep. 97-885 at 8, 1982 U.S.C.C.A.N. at 4554. See e.g. Zornoza Decl. ¶3; Tovar ¶8; Quintero ¶5. | ❏Sustained<br><br>❏Overruled |
| 8. | Oppedyk Decl. ¶ 6, p. 3:1-2.<br>"…Defendants did not provide or arrange temporary housing for Plaintiffs." | Irrelevant, FRE 401-403 ("Evidence which is not relevant is not admissible").<br><br>To be covered under AWPA, Class Representatives need only be classified as "migrant agricultural workers" and not necessarily be provided with or have had their temporary housing arranged by their employer. 29 U.S.C. § 1802(8)(A). | ❏Sustained<br><br>❏Overruled |

Dated: July 8, 2010          ___/s/ Jessica Juarez___
                  Stan Mallison
                  Hector Martinez
                  Marco Palau
                  Jessica Juarez
                  Mallison & Martinez