# EXHIBIT 1E

Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
Jessica Juarez (SBN 269600)
MALLISON & MARTINEZ
Attorneys at Law
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101
stanm@themmlawfirm.com
hectorm@themmlawfirm.com
mpalau@themmlawfirm.com
jjuarez@themmlawfirm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DIVISION OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JOSE A. LOPEZ, JUAN CARLOS APOLINAR, JUAN JOSE ESTRADA SOTA, JUAN JOSE CERVANTES, ISMAEL CUEVAS, REYNAR MENDOZA, and JESUS RODRIGUEZ, on behalf of themselves and all other similarly situated individuals,<br><br>PLAINTIFFS,<br><br>vs.<br><br>LASSEN DAIRY INC. (doing business as "Meritage Dairy"); TULE RIVER FARMS INC; TULE RIVER RANCH, INC; BONANZA FARMS; and WILLIAM VANDER POEL, SR.<br><br>DEFENDANTS. | Case No. **1:08-cv-00121-LJO-GSA**<br><br>**DECLARATION OF CESAR LOPEZ**<br><br>Judge Gary S. Austin |

I, Cesar Lopez, declare the following:

DECLARATION OF CESAR LOPEZ

1. I live in Bakersfield, California and I have personal knowledge of the facts set forth in this declaration. If I am called as a witness, I could and would testify competently under oath. I understand that a class action lawsuit alleging wage and hours violations under California law has been filed against Lassen/Meritage Dairy and that this declaration will be used by the Plaintiffs with regard to this case.

2. I worked approximately one year (2008-2009) for the Lassen/Meritage Dairy. I would milk the cows and also, I locked up the cows in the stalls.

3. I earned approximately $9 an hour.

4. My supervisor's name was David.

5. I typically worked 12 hours a day, 6 days a week. My most common schedule was from 6:00 p.m. until 6:00 a.m. Sometimes I worked more than 12 hours but they would only pay me for the 12 hours. I never received additional compensation (time and a half) for the hours I worked.

6. I was paid the same every two weeks. My checks did not come out for the total because I noticed that all the hours I worked were not reflected in the check.

7. I did not complain because I noticed that the employees who complained were fired from the dairy. Every two weeks (when they paid me), I would notice that they had fired several employeess.

8. During the Winter there was more work at the dairy because more milk was produced.

9  During my employment with Lassen/Meritage Dairy, I was never informed about the policy regarding rest and lunch periods.

10. I was never allowed to take nor I took rest periods while working for Lassen.

- 2 -

DECLARATION OF CESAR LOPEZ

11. I was only given one meal period, but at the same time, it was given late, after the fifth hour of my shift. I was never allowed to take nor I took the second lunch period that I was owed but was not given to me.

12. I never gave up my right to have my rest or lunch period voluntarily.

13. Lassen/Meritage Dairy never informed me that I was entitled to one additional hour of compensation for each rest or lunch period that was not given to me.

14. Also, Lassen/Meritage Dairy did not compensate me for any rest or meal period that they did not give me.

15. While working for Lassen, I would buy gloves, aprons, sleeves and raincoats. This equipment was needed in order to perform my job there and was not given to us. I would spend approximately $350 a year on these expenses. I was never reimbursed for these expenses.

16. Finally, I resigned from my job because I felt it was not fair to work under these employment conditions. I had to return about two weeks later after my last day at work to pick up my last check. This check did not include the wages for my last day I worked there. Until now, I have not been paid for that last day.

17. I think that Lassen/Meritage Dairy still owes me for all the hours I worked with them.

18. I also think that other employees had similar problems during their employment with Lassen.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July_____, 2010 at _____, California.

_____
Cesar López

- 3 -

DECLARATION OF CESAR LOPEZ

# CERTIFICATION

I, HEREBY CERTIFY THAT I AM FLUENT IN BOTH THE ENGLISH AND THE SPANISH LANGUAGES AND THAT I HAVE TRANSLATED FROM SPANISH INTO ENGLISH TO THE BEST OF MY ABILITY THE FOLLOWING DOCUMENT:

- Declaration of Cesar Lopez, Case No. 1:08-cv-00121-LJO-GSA

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on this July 8, 2010 in the City of San Rafael, County of Marin, California.

*[signature]*

CONCHITA B. LOZANO
July 8, 2010
CERTIFIED COURT INTERPRETER TRANSLATOR
FOR THE STATE OF CALIFORNIA (#300552) AND THE
U.S. DISTRICT COURTS (#98-066)

Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
Jessica Juarez (SBN 269600)
MALLISON & MARTINEZ
Attorneys at Law
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101
stanm@themmlawfirm.com
hectorm@themmlawfirm.com
mpalau@themmlawfirm.com
jjuarez@themmlawfirm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DIVISION OF CALIFORNIA – FRESNO DIVISION

Case No. **1:08-cv-00121-LJO-GSA**

JOSE A. LOPEZ, JUAN CARLOS APOLINAR, JUAN JOSE ESTRADA SOTA, JUAN JOSE CERVANTES, ISMAEL CUEVAS, REYNAR MENDOZA, and JESUS RODRIGUEZ, on behalf of themselves and all other similarly situated individuals,

**DECLARATION OF CESAR LOPEZ**

Judge Gary S. Austin

PLAINTIFFS,

vs.

LASSEN DAIRY INC. (doing business as "Meritage Dairy"); TULE RIVER FARMS INC; TULE RIVER RANCH, INC; BONANZA FARMS; and WILLIAM VANDER POEL, SR.

DEFENDANTS.

DECLARATION OF CESAR LOPEZ

Yo, Cesar López, declaro lo siguiente:

1. Vivo en Bakersfield, California y tengo conocimiento personal de los hechos consignados en esta declaración. Si soy llamado como testigo, podría testificar y testificaría competentemente bajo juramento. Entiendo que se ha presentado una demanda de acción de clase la cual alega violaciones de salario y horas conforme a la ley de California en contra de Lassen / Meritage Dairy y que esta declaración será usada por los Demandantes con respecto a este caso.

2. Trabaje aproximadamente un ano (2008-2009) para la lechería de Lassen / Meritage Dairy. Ordenaba las vacas y también encerraba las vacas en los corrales.

3. Ganaba aproximadamente $9 la hora.

4. Mi supervisor se llamaba David.

5. Típicamente trabajaba 12 horas al dia, 6 días a la semana. Mi horario mas comun era de las 6pm hasta las 6am. A veces trabajaba hasta mas de las 12 horas pero solo se me pagaban las 12 horas. Nunca recibí compensación adicional (tiempo y medio) por las horas que trabaje.

6. Cada quincena me pagaban igual. Mis cheques no me salían completos porque notaba que todas las horas que trabajaba no estaban reflejadas en el cheque.

7. No me quejaba porque notaba que los empleados que se quejaban los corrían de la lechería. Cada quincena (cuando me pagaban), notaba que habían despedido a varios empleados.

8. Durante el invierno había mas trabajo en la lechería porque se producía mas leche.

9. Durante mi empleo con Lassen / Meritage Dairy, nunca se me comunico la póliza de los periodos de descanso ni de almuerzo.

10. Nunca se me dejo tomar, ni tome periodos de descanso mientras trabajaba para Lassen.

- 2 -

DECLARATION OF CESAR LOPEZ

11. Solo se me daba un periodo de comida, pero a la vez, se me daba tarde, después de la quinta hora de mi turno. Nunca se me dejo tomar, ni tome el segundo periodo de almuerzo que se me debía, pero no se me dio.

12. Nunca voluntariamente renuncie mi derecho a tener mi periodo de descanso o de almuerzo.

13. Lassen / Meritage Dairy nunca me informo que tenia derecho a una hora adicional de compensación por cada periodo de descanso o de almuerzo que no me dieron.

14. Lassen / Meritage Dairy tampoco me compenso por algún periodo de descanso o almuerzo que no me dieron.

15. Cuando trabajaba por Lassen, compraba guantes, mandiles, mangas y impermeables. Este equipo se necesitaba para hacer mi trabajo allí y no se nos daba. Al ano, gastaba aproximadamente $350 en estos gastos. Nunca me reembolsaron para estos gastos.

16. Por fin yo renuncie el trabajo porque no sentí que era justo trabajar en estas condiciones de empleo. Tuve que regresar como dos semanas después de mi ultimo día de trabajo para recoger mi ultimo cheque. En este cheque no venia el sueldo de mi ultimo dia que trabaje allí. No se me ha pagado hasta hora ese ultimo dia.

17. Pienso que Lassen / Meritage Dairy todavía me debe por todas las horas que trabaje con ellos.

18. Creo que también otros empleados tuvieron problemas similares en su empleo con Northstar.

Declaro bajo pena de perjurio conforme a las leyes del Estado de California que lo anterior es verdadero y correcto. Formalizado el __7__ Julio, 2010 en _Bakerfield_ California.

*Cesar A. Lopez*
Cesar López

- 3 -

DECLARATION OF CESAR LOPEZ