# EXHIBIT 1F

Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
Jessica Juarez (SBN 269600)
MALLISON & MARTINEZ
Attorneys at Law
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101
stanm@themmlawfirm.com
hectorm@themmlawfirm.com
mpalau@themmlawfirm.com
jjuarez@themmlawfirm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DIVISION OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JOSE A. LOPEZ, JUAN CARLOS APOLINAR, JUAN JOSE ESTRADA SOTA, JUAN JOSE CERVANTES, ISMAEL CUEVAS, REYNAR MENDOZA, and JESUS RODRIGUEZ, on behalf of themselves and all other similarly situated individuals,<br><br>PLAINTIFFS,<br><br>vs.<br><br>LASSEN DAIRY INC. (doing business as "Meritage Dairy"); TULE RIVER FARMS INC; TULE RIVER RANCH, INC; BONANZA FARMS; and WILLIAM VANDER POEL, SR.<br><br>DEFENDANTS. | Case No. **1:08-cv-00121-LJO-GSA**<br><br>**DECLARATION OF EBODIO RODRIGUEZ**<br><br>Judge Gary S. Austin |

DECLARATION OF EBODIO RODRIGUEZ

I, Ebodio Rodriguez, declare the following:

1. I live in Arvin, California and I have personal knowledge of the facts set forth in this declaration. If I am called as a witness, I could and would testify competently under oath. I understand that a class action lawsuit alleging wage and hours violations under California law has been filed against Lassen/Meritage Dairy and that this declaration will be used by the Plaintiffs with regard to this case.

2. I worked for Lassen / Meritage Dairy for one year during the relevant time of this class action.

3. My supervisor was Cesar and I earned approximately $90 a day.

4. I typically worked straight shifts of 10 to 12 hours a day, 6 days a week. A typical shift for me was from 5:00 a.m. to 4:30 or 5:00 p.m.

5. I do not recall being paid at the dairy time and a half for the hours that I worked.

6. I cleaned the areas where the cows were and I made their beds and stalls.

7. I was never told about the policy regarding rest or lunch periods at the dairy.

8. During my employment, it was unusual for them to give me rest and lunch periods.

9. On the occasions where I was able to take a lunch period, they would only give me one a day. Never two. And when I was allowed to take a lunch period, it would take place after the fifth hour of my shift.

10. I never gave up my right to have my rest or lunch periods voluntarily.

11. Lassen/Meritage Dairy never informed me that I was entitled to one additional hour of compensation for each rest or lunch period that they wouldn't give me.

12. Also, Lassen/Meritage Dairy did not compensate me for any rest or lunch period that they didn't give me.

- 2 -

DECLARATION OF EBODIO RODRIGUEZ

13. When I received my checks I noticed that they did not reflect the hours that I really worked.

14. I think that Lassen/Meritage Dairy still owes me for all the hours I worked with them.

15. I also think that other employees had similar problems during their employment with Lassen.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July_____, 2010 at _____, California.

_____
Ebodio Rodríguez

# CERTIFICATION

I, HEREBY CERTIFY THAT I AM FLUENT IN BOTH THE ENGLISH AND THE SPANISH LANGUAGES AND THAT I HAVE TRANSLATED FROM SPANISH INTO ENGLISH TO THE BEST OF MY ABILITY THE FOLLOWING DOCUMENT:

- Declaration of Ebodio Rodriguez, Case No. 1:08-cv-00121-LJO-GSA

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on this July 8, 2010 in the City of San Rafael, County of Marin, California.

CONCHITA B. LOZANO
July 8, 2010
CERTIFIED COURT INTERPRETER TRANSLATOR
FOR THE STATE OF CALIFORNIA (#300552) AND THE
U.S. DISTRICT COURTS (#98-066)

Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
Jessica Juarez (SBN 269600)
MALLISON & MARTINEZ
Attorneys at Law
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile:   (510) 832-1101
stanm@themmlawfirm.com
hectorm@themmlawfirm.com
mpalau@themmlawfirm.com
jjuarez@themmlawfirm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DIVISION OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JOSE A. LOPEZ, JUAN CARLOS APOLINAR, JUAN JOSE ESTRADA SOTA, JUAN JOSE CERVANTES, ISMAEL CUEVAS, REYNAR MENDOZA, and JESUS RODRIGUEZ, on behalf of themselves and all other similarly situated individuals, <br><br> PLAINTIFFS, <br><br> vs. <br><br> LASSEN DAIRY INC. (doing business as "Meritage Dairy"); TULE RIVER FARMS INC; TULE RIVER RANCH, INC; BONANZA FARMS; and WILLIAM VANDER POEL, SR. <br><br> DEFENDANTS. | Case No. 1:08-cv-00121-LJO-GSA <br><br> **DECLARATION OF EBODIO RODRIGUEZ** <br><br> Judge Gary S. Austin |

DECLARATION OF EBODIO RODRIGUEZ

Yo, Ebodio Rodriguez, declaro lo siguiente:

1. Vivo en Arvin, California y tengo conocimiento personal de los hechos consignados en esta declaración. Si soy llamado como testigo, podría testificar y testificaría competentemente bajo juramento. Entiendo que se ha presentado una demanda de acción de clase la cual alega violaciones de salario y horas conforme a la ley federal y estatal de California en contra de Lassen / Meritage Dairy, y que esta declaración será usada por los Demandantes con respecto a este caso.

2. Trabaje para la Lechería Lassen / Meritage Dairy por un ano durante el tiempo relevante de esta acción colectiva.

3. Mi supervisor era Cesar y ganaba aproximadamente $90 al dia.

4. Típicamente trabajaba turnos corridos de 10 a 12 horas al dia, 6 días a la semana. Un turno típico para mi era de las 5am hasta las 4:30 o 5pm.

5. No recuerdo que me hayan pagado en la lechería tiempo y medio por las horas que trabajaba.

6. Limpiaba las áreas donde estaban las vacas y les hacia sus camas y corrales.

7. Nunca se me comunico la póliza de los periodos de descanso o de almuerzo en la lechería.

8. Durante mi empleo, era raro que me dieran periodos de descanso y de almuerzo.

9. En las ocasiones que si podía tomar un periodo de almuerzo, solo me daban uno al dia. Nunca dos. Y cuando si me dejaban tener un periodo de almuerzo ocurria después de la quinta hora de mi turno.

10. Nunca voluntariamente renuncie mi derecho a tener mis periodos de descanso o de almuerzo.

11. Lassen / Meritage Dairy nunca me informo que tenia derecho a una hora adicional de compensación por cada periodo de descanso o de almuerzo que no me daban.

- 2 -

DECLARATION OF EBODIO RODRIGUEZ

12. Lassen / Meritage Dairy tampoco me compenso por algún periodo de descanso o almuerzo que no me dieron.

13. Cuando recibía mis cheques veía que no reflejaban las horas que verdaderamente trabajaba.

14. Pienso que Lassen / Meritage Dairy todavía me debe por todas las horas que trabaje con ellos.

15. Creo que también otros empleados tuvieron problemas similares en su empleo con Lassen.

Declaro bajo pena de perjurio conforme a las leyes del Estado de California que lo anterior es verdadero y correcto. Formalizado el _9_ Julio, 2010 en _Bakersfield_, California.

_____
Ebodio Rodriguez

-3-

DECLARATION OF EBODIO RODRIGUEZ