# EXHIBIT 1G

Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
Jessica Juarez (SBN 269600)
MALLISON & MARTINEZ
Attorneys at Law
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101
stanm@themmlawfirm.com
hectorm@themmlawfirm.com
mpalau@themmlawfirm.com
jjuarez@themmlawfirm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DIVISION OF CALIFORNIA – FRESNO DIVISION

JOSE A. LOPEZ, JUAN CARLOS APOLINAR, JUAN JOSE ESTRADA SOTA, JUAN JOSE CERVANTES, ISMAEL CUEVAS, REYNAR MENDOZA, and JESUS RODRIGUEZ, on behalf of themselves and all other similarly situated individuals,

PLAINTIFFS,

vs.

LASSEN DAIRY INC. (doing business as "Meritage Dairy"); TULE RIVER FARMS INC; TULE RIVER RANCH, INC; BONANZA FARMS; and WILLIAM VANDER POEL, SR.

DEFENDANTS.

Case No. **1:08-cv-00121-LJO-GSA**

**DECLARATION OF MANUEL QUINTERO**

Judge Gary S. Austin

I, Manuel Quintero, declare the following:

1. I live in Arvin, California and I have personal knowledge of the facts set forth in this declaration. If I am called as a witness, I could and would testify competently under oath. I

DECLARATION OF MANUEL QUINTERO

Case 1:08-cv-00121-LJO-GSA   Document 84-7   Filed 07/09/10   Page 3 of 7

understand that a class action lawsuit alleging wage and hours violations under California law has been filed against Lassen/Meritage Dairy and that this declaration will be used by the Plaintiffs with regard to this case.

2. This year I worked for Lassen/Meritage Dairy.

3. I earned approximately $90 a day.

4. I milked the cows and I was also a pusher at the dairy.

5. My permanent residence is Sonora, Mexico.

6. My supervisor's name was Ruben.

7. I typically worked 11 to 12 hours a day, 6 days a week in straight shifts.

8. I typically worked from 8:00 p.m. to 7:00 or 8:00 in the morning.

9. I was never paid time and a half for the hours I worked.

10. I was never allowed to take, nor I took rest periods while I worked for Lassen.

11. I never gave up my right to have my rest period voluntarily.

12. Lassen/Meritage Dairy never informed me that I was entitled to one additional hour of compensation for each rest period that they didn't give me.

13. Also, Lassen/Meritage Dairy did not compensate me for any rest period that they didn't give me.

14. I think that Lassen/Meritage Dairy still owes me for all the hours I worked with them.

15. I also think that other employees had similar problems in their employment with Lassen.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July_____, 2010 at _____, California.

_____
Manuel Quintero
- 2 -

DECLARATION OF MANUEL QUINTERO

# CERTIFICATION

I, HEREBY CERTIFY THAT I AM FLUENT IN BOTH THE ENGLISH AND THE SPANISH LANGUAGES AND THAT I HAVE TRANSLATED FROM SPANISH INTO ENGLISH TO THE BEST OF MY ABILITY THE FOLLOWING DOCUMENT:

- Declaration of Manuel Quintero, Case No. 1:08-cv-00121-LJO-GSA

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on this July 8, 2010 in the City of San Rafael, County of Marin, California.

*[signature]*
CONCHITA B. LOZANO
July 8, 2010
CERTIFIED COURT INTERPRETER TRANSLATOR
FOR THE STATE OF CALIFORNIA (#300552) AND THE
U.S. DISTRICT COURTS (#98-066)

Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
Jessica Juarez (SBN 269600)
MALLISON & MARTINEZ
Attorneys at Law
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101
stanm@themmlawfirm.com
hectorm@themmlawfirm.com
mpalau@themmlawfirm.com
jjuarez@themmlawfirm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DIVISION OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JOSE A. LOPEZ, JUAN CARLOS APOLINAR, JUAN JOSE ESTRADA SOTA, JUAN JOSE CERVANTES, ISMAEL CUEVAS, REYNAR MENDOZA, and JESUS RODRIGUEZ, on behalf of themselves and all other similarly situated individuals, <br><br> PLAINTIFFS, <br><br> vs. <br><br> LASSEN DAIRY INC. (doing business as "Meritage Dairy"); TULE RIVER FARMS INC; TULE RIVER RANCH, INC; BONANZA FARMS; and WILLIAM VANDER POEL, SR. <br><br> DEFENDANTS. | Case No. 1:08-cv-00121-LJO-GSA <br><br> DECLARATION OF MANUEL QUINTERO <br><br> Judge Gary S. Austin |

Yo, Manuel Quintero, declaro lo siguiente:

1. Vivo en Arvin, California y tengo conocimiento personal de los hechos consignados en esta

DECLARATION OF MANUEL QUINTERO

declaración. Si soy llamado como testigo, podría testificar y testificaría competentemente bajo juramento. Entiendo que se ha presentado una demanda de acción de clase la cual alega violaciones de salario y horas conforme a la ley de California en contra de Lassen / Meritage Dairy y que esta declaración será usada por los Demandantes con respecto a este caso.

2. Este ano trabaje para la Lechería Lassen / Meritage Dairy.

3. Ganaba aproximadamente $90 al dia.

4. Ordenaba y también era "pusher" en la lechería.

5. Mi residencia permanente es Sonora, México.

6. Mi supervisor se llamaba Rubén.

7. Típicamente trabajaba 11 a 12 horas al dia, 6 días a la semana en turnos corridos.

8. Típicamente trabajaba desde las 8pm hasta las 7 o 8 de la mañana.

9. Nunca se me pago tiempo y medio por las horas que trabaje.

10. Nunca se me dejo tomar, ni tome periodos de descanso mientras trabajaba para Lassen.

11. Nunca voluntariamente renuncie mi derecho a tener mi periodo de descanso.

12. Lassen / Meritage Dairy nunca me informo que tenía derecho a una hora adicional de compensación por cada periodo de descanso que no me dieron.

13. Lassen / Meritage Dairy tampoco me compenso por algún periodo de descanso que no me dieron.

14. Pienso que Lassen / Meritage Dairy todavía me debe por todas las horas que trabaje con ellos.

15. Creo que también otros empleados tuvieron problemas similares en su empleo con Lassen.

Declaro bajo pena de perjurio conforme a las leyes del Estado de California que lo anterior es

- 2 -
DECLARATION OF MANUEL QUINTERO

verdadero y correcto. Formalizado el __7__ Julio, 2010 en __BAKERSFIELD__ California.

*Manuel Quintero* (signature)
Manuel Quintero

- 3 -
DECLARATION OF MANUEL QUINTERO