# EXHIBIT 1H

Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
Jessica Juarez (SBN 269600)
MALLISON & MARTINEZ
Attorneys at Law
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101
stanm@themmlawfirm.com
hectorm@themmlawfirm.com
mpalau@themmlawfirm.com
jjuarez@themmlawfirm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DIVISION OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JOSE A. LOPEZ, JUAN CARLOS APOLINAR, JUAN JOSE ESTRADA SOTA, JUAN JOSE CERVANTES, ISMAEL CUEVAS, REYNAR MENDOZA, and JESUS RODRIGUEZ, on behalf of themselves and all other similarly situated individuals,<br><br>PLAINTIFFS,<br><br>vs.<br><br>LASSEN DAIRY INC. (doing business as "Meritage Dairy"); TULE RIVER FARMS INC; TULE RIVER RANCH, INC; BONANZA FARMS; and WILLIAM VANDER POEL, SR.<br><br>DEFENDANTS. | Case No. **1:08-cv-00121-LJO-GSA**<br><br>**DECLARATION OF JOSE ANTONIO TOSTADO**<br><br>Judge Gary S. Austin |

I, Jose Antonio Tostado, declare the following:

1.  I live in Bakersfield, California and I have personal knowledge of the facts set forth in

DECLARATION OF JOSE ANTONIO TOSTADO

this declaration. If I am called as a witness, I could and would testify competently under oath. I understand that a class action lawsuit alleging wage and hours violations under California law has been filed against Lassen/Meritage Dairy and that this declaration will be used by the Plaintiffs with regard to this case.

2. I worked for Lassen/Meritage Dairy during 2005 to 2007.

3. I was paid $95 a day at the dairy milking cows.

4. I typically worked 12 hours a day, 6 days a week on straight shifts and split shifts.

5. They never paid me additional wages for working the split shifts.

6. Also, I did not receive time and a half wages for the hours I worked.

7. During my employment with the dairy, I was never told about the policy regarding rest or lunch periods.

8. I was never allowed to take nor did I take rest periods.

9. During my employment there I was only given 15 minutes a day to eat.

10. I never voluntarily gave up my right to have my rest or lunch periods.

11. Lassen/Meritage Dairy never informed me that I was entitled to one additional hour of compensation for each rest or lunch period that they didn't give me.

12. Also, Lassen/Meritage Dairy did not compensate me for any rest or lunch period that they didn't give me.

13. When I received my checks, I noticed that they didn't reflect all the hours I truly worked.

14. During my employment, I bought approximately $150 per year in aprons that I needed for my work. I was never reimbursed for this expense.

15. I think that Lassen/Meritage Dairy still owes me for all the hours I worked with them.

16. I think that other employees also had similar problems during their employment with Lassen.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July_____, 2010 at _____, California.

DECLARATION OF JOSE ANTONIO TOSTADO

1
2   _____
3   Jose Antonio Tostado
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                          - 3 -
DECLARATION OF JOSE ANTONIO TOSTADO

## CERTIFICATE OF TRANSLATOR

I, Maria E. Serena, declare that I am fluent in both the Spanish and English languages. I am fully qualified to translate/interpret from English into Spanish and Spanish into English accurately.

I have successfully completed written and oral examinations and have been certified by the Judicial Council and the California State Personnel Board as a Court Interpreter.

I have translated the following document and both the original version and the translation have the same meaning.

DECLARATION OF JOSE ANTONIO TOSTADO

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 9, 2010

MARIA E. SERENA
I.D. # 36788781

LAW OFFICES OF
MALLISON &
MARTINEZ
1042 Brown Avenue
Lafayette, CA 94549
925.283.3842

DECLARATION OF JENNIFER NATALIE ZEPEDA

```
Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
Jessica Juarez (SBN 269600)
MALLISON & MARTINEZ
Attorneys at Law
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101
stanm@themmlawfirm.com
hectorm@themmlawfirm.com
mpalau@themmlawfirm.com
jjuarez@themmlawfirm.com
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DIVISION OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JOSE A. LOPEZ, JUAN CARLOS APOLINAR, JUAN JOSE ESTRADA SOTA, JUAN JOSE CERVANTES, ISMAEL CUEVAS, REYNAR MENDOZA, and JESUS RODRIGUEZ, on behalf of themselves and all other similarly situated individuals,<br><br>PLAINTIFFS,<br><br>vs.<br><br>LASSEN DAIRY INC. (doing business as "Meritage Dairy"); TULE RIVER FARMS INC; TULE RIVER RANCH, INC; BONANZA FARMS; and WILLIAM VANDER POEL, SR.<br><br>DEFENDANTS. | Case No. 1:08-cv-00121-LJO-GSA<br><br>DECLARATION OF<br>JOSE ANTONIO TOSTADO<br><br>Judge Gary S. Austin |

Yo, José Antonio Tostado, declaro lo siguiente:

1. Vivo en Bakersfield, California y tengo conocimiento personal de los hechos consignados en

DECLARATION OF JOSE ANTONIO TOSTADO

esta declaración. Si soy llamado como testigo, podría testificar y testificaría competentemente bajo juramento. Entiendo que se ha presentado una demanda de acción de clase la cual alega violaciones de salario y horas conforme a la ley federal y estatal de California en contra de Lassen / Meritage Dairy y que esta declaración será usada por los Demandantes con respecto a este caso.

2. Trabaje para la Lechería Lassen / Meritage Dairy durante los anos 2005 a 2007.

3. Ganaba aproximadamente $95 al dia, ordenando en la lechería.

4. Típicamente trabajaba 12 horas al dia, 6 días a la semana en turnos corridos y quebrados.

5. Nunca recibí algún sueldo adicional por trabajar turnos quebrados.

6. Tampoco recibí sueldo de tiempo y medio por las horas que trabaje.

7. Nunca se me comunico la póliza de los periodos de descanso o de almuerzo en la lechería.

8. Nunca me dejaron tomar, ni tome periodos de descanso.

9. Durante mi empleo, solo se me daba 15 minutos al dia para comer.

10. Nunca voluntariamente renuncie mi derecho a tener mi periodo de descanso o de almuerzo.

11. Lassen / Meritage Dairy nunca me informo que tenia derecho a una hora adicional de compensación por cada periodo de descanso que no me dieron.

12. Lassen / Meritage Dairy tampoco me compenso por algún periodo de descanso o almuerzo que no me dieron.

13. Cuando recibía mis cheques veía que no reflejaban las horas que verdaderamente trabajaba.

14. Durante mi empleo, me compraba aproximadamente $150 al ano en mandiles que necesitaba para mi trabajo. Estos gastos no me los reembolsaron.

15. Pienso que Lassen / Meritage Dairy todavía me debe por todas las horas que trabaje con ellos.

16. Creo que también otros empleados tuvieron problemas similares en su empleo con Lassen.

- 2 -

DECLARATION OF JOSE ANTONIO TOSTADO

1  Declaro bajo pena de perjurio conforme a las leyes del Estado de California que lo anterior es
2  verdadero y correcto. Formalizado el __9__ Julio, 2010 en __BAKERSFIELD__, California.
3
4      _José Antonio T. L._____
       Jose Antonio Tostado
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                            - 3 -
   DECLARATION OF JOSE ANTONIO TOSTADO