# EXHIBIT 1I

Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
Jessica Juarez (SBN 269600)
MALLISON & MARTINEZ
Attorneys at Law
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101
stanm@themmlawfirm.com
hectorm@themmlawfirm.com
mpalau@themmlawfirm.com
jjuarez@themmlawfirm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DIVISION OF CALIFORNIA – FRESNO DIVISION

|  |  |
|---|---|
| JOSE A. LOPEZ, JUAN CARLOS APOLINAR, JUAN JOSE ESTRADA SOTA, JUAN JOSE CERVANTES, ISMAEL CUEVAS, REYNAR MENDOZA, and JESUS RODRIGUEZ, on behalf of themselves and all other similarly situated individuals, | Case No. **1:08-cv-00121-LJO-GSA** |

Case No. **1:08-cv-00121-LJO-GSA**

**DECLARATION OF GILBERTO BENITEZ**

Judge Gary S. Austin

JOSE A. LOPEZ, JUAN CARLOS APOLINAR, JUAN JOSE ESTRADA SOTA, JUAN JOSE CERVANTES, ISMAEL CUEVAS, REYNAR MENDOZA, and JESUS RODRIGUEZ, on behalf of themselves and all other similarly situated individuals,

PLAINTIFFS,

vs.

LASSEN DAIRY INC. (doing business as "Meritage Dairy"); TULE RIVER FARMS INC; TULE RIVER RANCH, INC; BONANZA FARMS; and WILLIAM VANDER POEL, SR.

DEFENDANTS.

I, Gilberto Benitez, declare the following:

1.     I live in Bakersfield, California and I have personal knowledge of the facts set forth in

this declaration. If I am called as a witness, I could and would testify competently under oath. I understand that a class action lawsuit alleging wage and hours violations under California law has been filed against Lassen/Meritage Dairy and that this declaration will be used by the Plaintiffs with regard to this case.

2. I worked for Lassen/Meritage Dairy for 7 months during the relevant time of this lawsuit .

3. My supervisor's name were Jorge and George. I earned $85 a day.

4. I typically worked 10-13 hours a day, 6 days a week on straight shifts. A typical shift was from 3am to 2:00 or 3pm.  During the hot months my scheduled changed to split shifts with my first shift being from 3:00am-12:00pm and the second shift was from 4pm-8/9:00pm all within a day.

5. The dairy never paid time and a half for working the split shifts.

6. My work at the dairy consisted of feeding the cows and everything else that was part of my job title. There was no premium pay for my split shift.

7. During my employment with the dairy, I was never told about the policy regarding rest or lunch periods.

8. During my employment, they rarely gave me rest and lunch periods.

9. On the occasions that I was allowed to take a lunch break, I was only permitted one break within the whole day.  I was never given two breaks in a day.

10. I never voluntarily gave up my right to have my rest or lunch periods.

11. Lassen/Meritage Dairy never informed me that I was entitled to one additional hour of compensation for each rest or lunch period that they didn't give me.

12. Also, Lassen/Meritage Dairy did not compensate me for any rest or lunch period that they didn't give me.

13. When I received my checks, I could see that they didn't reflect all the hours I truly worked.  I was only paid for 10 hours a day when I really worked up to 13 hours a day.

14. I think that Lassen/Meritage Dairy still owes me for all the hours I worked with them.

15. I think that other employees also had similar problems during their employment with Lassen.

I declare under penalty of perjury under the laws of the State of California that the foregoing is

- 2 -

DECLARATION OF GILBERTO BENITEZ

1  true and correct. Executed on July_____, 2010 at _____, California.

2

3

4  _____

5  GILBERTO BENITEZ

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

CERTIFICATE OF TRANSLATOR

I, Maria E. Serena, declare that I am fluent in both the Spanish and English languages.  I am fully qualified to translate/interpret from English into Spanish and Spanish into English accurately.

I have successfully completed written and oral examinations and have been certified by the Judicial Council and the California State Personnel Board as a Court Interpreter.

I have translated the following document and both the original version and the translation have the same meaning.

DECLARATION OF GILBERTO BENITEZ

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  July 9, 2010

MARIA E. SERENA
I.D. # 36788781

LAW OFFICES OF
MALLISON &
MARTINEZ
1042 Brown Avenue
Lafayette, CA 94549
925.283.3842

DECLARATION OF JENNIFER NATALIE ZEPEDA

1  Stan S. Mallison (SBN 184191)
   Hector R. Martinez (SBN 206336)
2  Marco A. Palau (SBN 242340)
   Jessica Juarez (SBN 269600)
3  MALLISON & MARTINEZ
   Attorneys at Law
4  1939 Harrison Street, Suite 730
   Oakland, California 94612-3547
5  Telephone: (510) 832-9999
   Facsimile:   (510) 832-1101
6  stanm@themmlawfirm.com
   hectorm@themmlawfirm.com
7  mpalau@themmlawfirm.com
   jjuarez@themmlawfirm.com
8
   Attorneys for Plaintiffs
9

10                 UNITED STATES DISTRICT COURT

11       EASTERN DIVISION OF CALIFORNIA – FRESNO DIVISION

12

13

14  JOSE A. LOPEZ, JUAN CARLOS APOLINAR,       Case No. **1:08-cv-00121-LJO-GSA**
    JUAN JOSE ESTRADA SOTA, JUAN JOSE
15  CERVANTES, ISMAEL CUEVAS, REYNAR           **DECLARATION OF**
    MENDOZA, and JESUS RODRIGUEZ, on behalf of **GILBERTO BENITEZ**
16  themselves and all other similarly situated individuals,
                                                Judge Gary S. Austin
17       PLAINTIFFS,

18       vs.

19

20  LASSEN DAIRY INC. (doing business as "Meritage
    Dairy"); TULE RIVER FARMS INC; TULE RIVER
21  RANCH, INC; BONANZA FARMS; and WILLIAM
    VANDER POEL, SR.
22
         DEFENDANTS.
23  _____

24

25

26  Yo, Gilberto Benitez, declaro lo siguiente:

27
    _____
28  DECLARATION OF GILBERTO BENITEZ

1. Vivo en Bakersfield, California y tengo conocimiento personal de los hechos consignados en esta declaración.  Si soy llamado como testigo, podría testificar y testificaría competentemente bajo juramento. Entiendo que se ha presentado una demanda de acción de clase la cual alega violaciones de salario y horas conforme a la ley federal y estatal de California en contra de Lassen / Meritage Dairy, y que esta declaración será usada por los Demandantes con respecto a  este caso.

2. Trabaje para la Lechería Lassen / Meritage Dairy por siete (7) meses durante el tiempo relevante de esta acción colectiva.

3. Mi supervisores eran Jorge y George. Ganaba aproximadamente $85 al dia.

4. Típicamente trabajaba turnos corridos de 10 a 13 horas al dia, 6 días a la semana.  Un turno típico para mi era de las 3am hasta las 2:00 o 3pm.  Durante el tiempo de calor mi horario cambiaba y tenia turnos quebrados con el primer turno de las 3:00am-12:00pm y el segundo turno de 4pm-8/9:00pm en dentro de un (1) dia.

5. No me pagaban en la lechería tiempo y medio por las horas que trabajaba.

6. Mi trabajo fue de darle de comer al ganado y hacia todo lo que se requería para ese puesto. No me pagaron sueldo adicional por turnos quebrados.

7. Nunca se me comunico la póliza de los periodos de descanso o de almuerzo en la lechería.

8. Durante mi empleo, era raro que me dieran periodos de descanso y de almuerzo.

9. En las ocasiones que si podía tomar un periodo de almuerzo, solo me daban uno al dia. Nunca dos.

10. Nunca voluntariamente renuncie mi derecho a tener mis periodos de descanso o de almuerzo.

11. Lassen / Meritage Dairy nunca me informaron que tenia derecho a una hora adicional de compensación por cada periodo de descanso o de almuerzo que no me daban.

- 2 -

DECLARATION OF GILBERTO BENITEZ

12. Lassen / Meritage Dairy tampoco me compenso por algún periodo de descanso o almuerzo que no me dieron.

13. Cuando recibía mis cheques veía que no reflejaban las horas que verdaderamente trabajaba. Solamente me pagaban por 10 horas al día cuando realmente trabajaba hasta 13 horas al día.

14. Pienso que Lassen / Meritage Dairy todavía me debe por todas las horas que trabajé con ellos.

15. Creo que también otros empleados tuvieron problemas similares en su empleo con Lassen.

Declaro bajo pena de perjurio conforme a las leyes del Estado de California que lo anterior es verdadero y correcto. Formalizado el _____ Julio, 2010 en _____, California.

*Gilberto Tejeda Benitez*

Gilberto Benitez

- 3 -

DECLARATION OF GILBERTO BENITEZ