# EXHIBIT 2

may end the employment relationship at any time, with or without cause or prior notice.

10. Except for this policy and the policy which states that employment is at-will (which cannot be changed), our company reserves the right to change, revoke or add to its employment policies at any time by notifying employees in writing of the change, revocation or addition.

11. Our company may request a photograph of hired applicants.

12. Our company may prohibit, in certain circumstances, that relatives not be assigned to the same group or department.

13. Our company may require a bond for employees that handle funds.

## JOB DESCRIPTIONS

Because we want to provide as much continual employment as possible for everyone working with our company, employees may be required to do any number of jobs other that what is described in their basic classification.

### Milkers:

Included, but not limited to the following:

Follow milking procedure prescribed to-milk clean dry teats, pre-dip prior to applying milk machine and post teat dip when machine is removed. Set up equipment at the beginning of the shift and washing up equipment at the end of the work shift during set-up and take down visually inspect all hoses (milk, O2, pulsation tubes) for leaks, cracks. Make sure pulsation tubes are free of moisture. Check Vacuum level. Watch the temperature of milk, making sure the ice machine is functioning properly and the alarm is not sounding. Separate lame, sick and mastitis cows. Report all findings to Manager or Owner.

### Cow Pusher:

Included, but not limited to the following:

Bring cows to the dairy barn to be milked. Follow cows back out to pen and close gate behind them as they return, exercising caution not to mix cows. Assist in wash up at the end of the work shift. Relieve milk in the dairy barn as needed

L 232

when not busy pushing cows. Proceed with caution when Breeder bulls are present

**Cow Feeder:**

Including, but not limited to the following:

Use and maintaining vehicles, all vehicle fluids and reporting any problems to your supervisor or directly to the mechanic on duty. Feed cows a nutritionally based program as predetermined by the dairy Nutrionist. Blade hay and/or feed when and where needed and being careful to efficiently feed dairy animals, using caution not to waste unnecessarily.

**Calf feeder:**

Included, but not limited to the following:

Feed calves twice daily, treat and notify manager of sick calves.

**Maternity Barn employees:**

Including, but not limited to:

Aid in the delivery of calves when and where needed, and to feed newborn calves colostrums milk shortly after delivery. Blade hand and/or feed when and where needed.

**Outside help:**

Included, but not limited to the following:

Scraping corrals, preparing alfalfa hay for feeding, blade hay and/or feed when and where needed, bedding free stall barn, chopping weeds. Our outside help works in the capacity of maintaining the dairy grounds, working in all areas that involve maintaining the exterior dairy premises.

**Relief help:**

Included but not limited to the following:

L 233

Scraping corrals, preparing alfalfa hay for feeding, blade hay and/or feed when and where needed, bedding free stall barn, chopping weeds. Our outside help works in the capacity of maintaining the dairy grounds, working in all areas that involve maintaining the exterior dairy premises. In addition, to the above relief milk in the barn as and when needed.

## YOUR SUPERVISOR

All employees will be supervised by the Dairy Manager. There will be times when the company utilizes non-supervisory employees to assist in our communications with employees. Despite their role in assisting with employee communication, they are not to be considered as your Supervisor. If you have any job difficulties or personal problems, consult your Supervisor.

Your Supervisor will make sure that you meet the company's standards of safety, quality and production. Your Supervisor has the authority to assign your work, evaluate your performance, and tell you what to do in an effort to improve your performance on the job.

## HARASSMENT

It is our policy to employ, train, promote, terminate and otherwise treat all employees and applicants on the basis of their own individual merit, qualifications and competence, and to provide a workplace free of unlawful harassment and/or discrimination. Harassment and discrimination are considered acts of misconduct and may result in disciplinary action up to and including termination. This policy shall be applied without regard to any individual's sex, race, color, religion, national origin, ancestry, pregnancy, age, marital status, sexual orientation, medical condition, physical or mental disability, or any other legally protected status.

<u>Definitions:</u>

"Harassment", in general is unwelcome or unsolicited verbal, physical, or sexual conduct which is made a term or condition of employment, is used as the basis for employment decisions, or creates an intimidating, hostile or offensive working environment. Examples of what may be considered harassment, depending upon the facts and circumstances, include, but are not limited to the following: