# EXHIBIT 3

# Baker Manock
# & Jensen PC
### ATTORNEYS AT LAW

**Gary N. Lento**
*Attorney at Law*
glento@bakermanock.com

Fig Garden Financial Center

5260 North Palm Avenue

Fourth Floor

Fresno, California 93704

Tel: 559.432.5400

Fax: 559.432.5620

www.bakermanock.com

July 2, 2010

**VIA E-MAIL STAN@MALLISON.COM and U.S. MAIL**

Stan Mallison, Esq.
Mallison & Martinez
1042 Brown Avenue
Lafayette, CA 94549

Re: *Lopez, et al. v. Lassen Dairy, Inc., dba Meritage Dairy, et al.*
     *Eastern District of California Case No. 08-CV-00121-LJO-GSA*

Dear Mr. Mallison:

This letter is sent pursuant to the Agreed Discovery Order Regarding Motions to Compel ("Order") executed by the parties on June 25, 2010, and ordered by United States Magistrate Judge Gary S. Austin on June 29, 2010.

In compliance with paragraphs 2 and 7 of said Order, on June 29, 2010, this office e-mailed your office with the following documents: (1) the Lassen Dairy, Inc., d/b/a Meritage Dairy ("Lassen Dairy") 2007 timekeeper data in excel format; and (2) Lassen Dairy's milk production data in excel format.

Pursuant to paragraph 4 of the Order, attached hereto as Exhibit "A" please find the contact information for all employees of Meritage Dairy between October 1, 2005 and the closure of Meritage Dairy, other than managers and office workers, who did not "Opt-Out."

Pursuant to paragraph 5 of said Order, Lassen Dairy attests that there are no schedules for rest and meal periods, and it will not rely upon any such documents for either class certification or summary judgment.

Pursuant to paragraph 6 of the Order, Lassen Dairy attests that there are no documents that describe the shifting between job duties by employees, and it will not rely upon such documents for either class certification or summary judgment.

Stan Mallison, Esq.
Mallison & Martinez
July 2, 2010
Page 2

Balderama.    If you have any questions or concerns, please do not hesitate to contact me or Ms. Balderama.

Very truly yours,

Gary N. Lento
BAKER MANOCK & JENSEN, PC

GNL:maf

Enclosure

DMS: 839340_1.DOC
14800.0006