# EXHIBIT 4C

OUR INDUSTRY TODAY

# Factors Associated with Seasonality of Milk Production in New York State

**P. A. OLTENACU and T. R. SMITH**
Department of Animal Science
Cornell University
Ithaca, NY 14853

**H. M. KAISER**
Department of Agricultural Economics
Cornell University
Ithaca, NY 14853

**ABSTRACT**

The effect of a base-excess seasonal pricing plan on pattern of production and the role played by various factors related to management and to breeding practices on seasonality of production were investigated. A mail survey of a randomly selected group of farmers in New York State provided the data; 1061 farmers responded to the questionnaire. Seasonality coefficient (difference between spring and fall production as a proportion of fall production) was used as a measure of seasonal production pattern. Three major conclusions were: 1) the use of a base-excess plan in addition to the Louisville plan reduced seasonality when compared with the Louisville plan alone; 2) seasonality was associated with region, type of housing, and herd production; and 3) farmers' perceptions that spring milk production is more profitable than production in other seasons was an important cause of seasonality.

**INTRODUCTION**

Dairy farmers in the Northeast produce more milk in the spring than in the fall. The term "seasonality" is generally used to describe the variations that occur in milk supply during the year. The seasonal pattern of production combined with a uniform demand for fluid milk and perishable manufactured dairy products such as cottage cheese and yogurt is the cause of several problems for the Northeast dairy industry. First, because milk is a perishable product, surplus supplies in the spring must be processed into less perishable products such as milk powder, butter, or cheese. Second, the need to clear the market of surplus milk in the spring requires maintenance of excess transport and processing capacity, which is underutilized for the remainder of the year. This is translated into higher operating costs per unit of product and inefficiency. Third, the relative shortage of milk in late summer and fall could deter growth of the dairy manufacturing industry in regions that have a highly seasonal pattern of production. To alleviate these problems, several seasonal price incentive schemes, notably the Louisville and base-excess plans, have been developed to encourage farmers to produce milk more evenly throughout the year.

The Louisville plan works in the following manner. In the high production months of March, April, May, and June, 20, 30, 40, and 40¢/45.4 kg milk, respectively, are subtracted from the blend price with proceeds placed in an interest-bearing account. In the lower production months of August, September, and October, 25, 30, and 30%, respectively, of this fund is added back to the blend price. In November, the remaining 15% plus interest is added back to the blend price.

Under a base-excess plan, bases are established each year. The base-forming period is during the short production months, whereas the base-paying or excess period is during the heavier production months. During the base-paying months, producers receive a higher price for that portion of their milk that does not exceed their bases and a substantially lower

Received June 9, 1988.
Accepted October 31, 1988.

1989 J Dairy Sci 72:1072–1079

OUR INDUSTRY TODAY 1073

price for deliveries that exceed their bases.

To design a more effective strategy for solving the seasonality problem, a better understanding is needed of the factors associated with seasonality of production, including farmers' perceptions regarding seasonality. The basic hypothesis of this study was that the seasonal pattern of milk production is not entirely determined by climatological and biological factors, which tend to encourage conception during June to July and subsequent calving in March to April, but that factors such as farmers' management skills, practices, and perceptions also play a significant role.

The specific objectives of this study were: 1) compare the two seasonal price incentive plans operating in the Northeast with respect to their effects on seasonality; 2) estimate the relationships between the pattern of production and various management related factors; and 3) evaluate the effect of farmers' awareness regarding seasonal price incentive plans and of their perception of seasonal variation on the cost of producing milk on seasonality of production.

## MATERIALS AND METHODS

A mail survey was conducted. New York state was divided into five regions (Figure 1). A number of farms equivalent to 20% of the total number in each region, was randomly selected, resulting in a total of 2385 dairy farms.

The survey questionnaire was designed to elicit information regarding the following factors presumed to affect the seasonality of milk production: 1) factors of a general nature, such as region, type of housing, and hours per day on pasture for heifers and for cows; 2) factors



Figure 1. Geographic definition of the northeast, northwest, southwest, central, and southeast regions of New York state.

indicative of management, such as age at first calving, DHI participation, percentage heifers and cows bred AI, and milk production; 3) factors associated with breeding practices, such as delay of breeding for heifers and seasons when used, delay of breeding for cows and reasons why, and use of estrus synchronization in heifers and reasons why; 4) factors related with farmer's awareness regarding seasonal pricing incentive plans and farmer's perception regarding seasonal impact on cost of producing milk.

To increase response rate, a follow-up letter was sent out 2 wk after the initial mailing. Also, 6 wk later, the questionnaire with a new cover letter was mailed again to 1645 farmers in the sample who had not responded to the first mailing. A total of 1061 farmers ultimately responded to the survey.

All responses were coded and recorded. Data on milk sold by month from January 1981 to December 1986, obtained from Milk Market Administrator's Office, were added to about 70% of the farms for which this information was available. At this time 87 nonresponding farms were randomly selected for a subsequent telephone survey using a shortened version of the original questionnaire.

The seasonality coefficient (SC) was used to describe the seasonal fluctuation in milk production during 1986 for each herd in the study. This coefficient expresses the difference in milk production between spring and fall as a proportion of fall production and is calculated using the formula:

$$SC = ((SP - FP)/FP) \times 100$$

where: SP is cumulative milk production for March, April, May, and June; and FP is cumulative milk production for August, September, October, and November.

The statistical analysis for the effect of factors on seasonality was performed using the General Linear Models procedure in SAS (6). A fixed linear model with no interaction of the following form was used in the analysis:

$$SC_{ij..k} = FACTOR1_i + FACTOR2_j + ... + ERROR_{ij..k}$$

where:

$SC_{ij..k}$ is seasonality coefficient of $k^{th}$ farm in the $i^{th}$ FACTOR1 and $j^{th}$ FACTOR2;
$FACTOR1_i$ is a fixed effect associated with $i^{th}$ first factor;
$FACTOR2_j$ is a fixed effect associated with $j^{th}$ second factor; and
$ERROR_{ij..k}$ is a residual component associated with $ij..k^{th}$ observation (normally and independently distributed with mean zero and variance $\sigma_e^2$.

Partial sums of squares tests were performed to determine statistical significance for each factor in the model. Least squares solutions were used to describe the effect of the statistically significant factors.

## RESULTS AND DISCUSSION

The representation of each region of the state in the sample of farms to which the questionnaire was mailed varied from 15.1% for the southwest region to 27.1% for the central region. Among the farms in the sample, 46.5% were members of cooperatives and 53.5% were independent producers. There are three Milk Marketing Orders operating in New York with 12.4, 65.0, and 22.6% of the farmers in the sample marketing their milk to handlers regulated by Order 1 (New England), Order 2 (New York and New Nersey), and the New York State Order, respectively. Fifty-six percent of the farms were enrolled in the DHI program. The proportion of respondents from each region varied from a low of 42.2% for the southwest region to a high of 46.2% for the northwest region. The response rate among members of different cooperatives varied from 38.1% to 49.4%, with an overall response rate of 46.2% for members and 43.0% for independents. Among DHI members, 51.8% responded compared with only 35.2% of the nonmembers. The overall response rate of 44.5% was satisfactory, especially when the complexity of the questionnaire is taken into consideration.

The random selection of farms ensured that the sample was representative of the entire

TABLE 1. Effect of housing type, herd size, time on pasture, and participation in base-excess seasonal pricing plan on 1986 pattern of herd production as measured by seasonality coefficient. Analysis restricted to farms in Southeast region.

| Factor | LSS[1] | SE | $t$ Test[2] | Pr>|t| |
|---|---|---|---|---|
| Housing | | | | |
| Freestall | .25 | 6.20 | .04 | .97 |
| Stanchion | 7.52 | 5.29 | 1.42 | .16 |
| Other | 0 | ... | ... | ... |
| Herd size | | | | |
| <45 cows | −1.38 | 4.86 | −.28 | .78 |
| 45 − 65 | −.22 | 4.34 | −.05 | .96 |
| 66 − 87 | 2.80 | 4.60 | .61 | .54 |
| >87 cows | 0 | ... | ... | ... |
| Heifer grazing | | | | |
| 0 h | −4.47 | 5.40 | −.83 | .41 |
| 1 − 23 h | −3.72 | 6.60 | −.56 | .57 |
| 24 h | 0 | ... | ... | ... |
| Cow grazing | | | | |
| 0 h | −3.56 | 5.38 | −.66 | .50 |
| 1 − 23 h | −3.30 | 4.25 | −.78 | .44 |
| 24 h | 0 | ... | ... | ... |
| Base-excess | | | | |
| No | 9.06 | 3.30 | 2.74 | .01 |
| Yes | 0 | ... | ... | ... |

[1]Least squares solution.

[2]The $t$-test for $H_0$: (difference from subclass set to zero) = 0.

population of farmers in the state. However, tests for nonrespondents bias were conducted through a telephone survey of 87 farms randomly selected among nonrespondents. Responses to the following questions were used to test if the populations were different: herd size, average age at first calving, first breeding policy, use of prostaglandins to synchronize estrus in heifers, use of a bull in breeding, and the farmer's perception of the season with the lowest production cost. Using a $t$ test statistic or chi-square test, as appropriate, similarity between the two subsamples was investigated. It was concluded that the farmers responding to the questionnaire were not different from those that did not respond, and therefore no systematic bias was introduced.

The average SC in the sample was 12.1 with a standard deviation of 22.6. This means that the farms in the sample produced, on the average, 12.1% more milk in the spring than in the fall, which was quite close to the state average. The distribution of the coefficient was slightly skewed with a median of 9.5, and 25% and 75% quantiles of −2.7 and 22.8.

### Evaluation of Seasonal Price Incentive Plans

The base-excess and the Louisville (take out and pay back) plans are currently operating in New York; the Louisville plan is implemented across the entire state, and the base-excess plan is implemented by a milk cooperative with its members in the southeast. To compare the effect of these two plans on seasonality of production, the analysis was restricted to the farms from the southeast region. The seasonality of production among the members of Agrimark Cooperative, which has had a base-excess plan in use plus the Louisville plan since 1982, was compared against the seasonality among all other farmers in the region who were subjected to Louisville plan only. Average milk sold per cow per year was not different for the producers enrolled in the base-excess plan and the other producers in the region. The following factors were considered: housing type (freestalls, stanchions, and all others), herd size (<45, 45 to 65, 66 to 87, and >87), hours per day on pasture for heifers and for milking cows (0, 1 to 23, and 24 h), participation in a base-excess seasonal plan (Agrimark members or

TABLE 2. Effect of region, housing type, herd size, and time on pasture on pattern of herd production in 1986, as measured by seasonality coefficient.

| Factor | LSS[1] | SE | t-Test[2] | Pr>|t| |
|---|---|---|---|---|
| Region | | | | |
| Northeast | -2.97 | 2.79 | -1.07 | .29 |
| Northwest | 1.64 | 3.74 | .44 | .66 |
| Southwest | 4.14 | 3.34 | 1.24 | .22 |
| Central | 7.52 | 2.61 | 2.88 | 0 |
| Southeast | 0 | ... | ... | ... |
| Housing | | | | |
| Freestall | -3.45 | 5.10 | -.68 | .50 |
| Stanchion | 3.20 | 4.37 | .73 | .46 |
| Other | 0 | ... | ... | ... |
| Herd size | | | | |
| <45 cows | -2.10 | 3.20 | -.66 | .51 |
| 45 - 65 | .89 | 3.00 | .30 | .77 |
| 66 - 87 | 2.44 | 2.91 | .84 | .40 |
| >87 cows | 0 | ... | ... | ... |
| Heifer grazing | | | | |
| 0 h | .02 | 3.45 | .00 | 1.00 |
| 1 - 23 h | .31 | 3.55 | .09 | .93 |
| 24 h | 0 | ... | ... | ... |
| Cow grazing | | | | |
| 0 h | -3.17 | 3.55 | -.89 | .37 |
| 1 - 23 h | -1.97 | 2.40 | -.82 | .41 |
| 24 h | 0 | ... | ... | ... |

[1]Least squares solution.

[2]The $t$ test for $H_0$: (difference from subclass set to zero) = 0.

not), and residual. Results are shown in Table 1. Housing type ($P<.18$) and use of base-excess plan ($P<.01$) were significant. Farms with stanchions and farms not using the base-excess plan (not members of the Agrimark Coop) were more seasonal, with LSS of 7.52 and 9.06, respectively.

When SC for 1981, 1982, 1985, and 1986 were analyzed with the same model, least square solutions (LSS) measuring the difference between the Agrimark members and the other producers in the regions for the 4 yr were .50, 2.65, 5.91, and 9.06, respectively. Years 1983 and 1984 were considered atypical because of the "milk diversion" and "dairy termination" programs. Least squares solutions were different from zero ($P<.01$) for yr 1985 and 1986, but not for 1981 and 1982, when all producers in the region were exposed to the Louisville plan only. These results indicate that a base-excess seasonal price incentive plan is more effective in balancing seasonal milk production than Louisville plan alone. This result is different from that of Prindle (4), who evaluated seasonal fluctuation of milk production under a base-excess plan in Maryland between 1966 and 1978 and concluded that seasonal variations were not reduced. In our analysis, farms using the Louisville plan only were used as reference point, providing better control of the normal month to month and year to year variation in production. Because it was concluded that farmers with a base-excess plan have a different seasonality, members of Agrimark Milk Cooperative were excluded from the subsequent analysis.

### Evaluation of Factors of a General Nature

Least squares solutions, SE, and $t$ test for the hypothesis of no difference from subclass set to zero are in Table 2. Region and type of housing were significant. The central region was the most seasonal (LSS = 7.52) and the northeast was least seasonal (LSS = -2.97). Seasonality for any particular region is influenced by the dominant production, climatic, and marketing characteristics for the region.

TABLE 3. Effect of age at first calving, DHI participation, percentage heifers and milking cows bred AI, and level of milk production on pattern of herd production in 1986, as measured by seasonality coefficient.

| Factor | LSS[1] | SE | $t$-Test[2] | Pr>|t| |
|---|---|---|---|---|
| Age at first calving | | | | |
| <26 mo | 2.68 | 2.17 | 1.24 | .22 |
| 26 – 27 mo | 1.90 | 2.21 | .86 | .39 |
| >27 mo | 0 | ... | ... | ... |
| DHI | | | | |
| No | .72 | 2.09 | .35 | .73 |
| Yes | .00 | ... | ... | ... |
| Heifers bred AI | | | | |
| <11% | –4.62 | 2.75 | –1.68 | .09 |
| 11 – 99% | –2.11 | 2.61 | –.81 | .50 |
| 100% | 0 | ... | ... | ... |
| Cows bred AI | | | | |
| <100% | 1.66 | 2.44 | .68 | .50 |
| 100% | 0 | ... | ... | ... |
| Milk sold per cow per year | | | | |
| <5433 kg | 5.94 | 2.80 | 2.12 | .03 |
| 5433 – 6350 | 5.15 | 2.79 | 1.85 | .07 |
| 6351 – 7257 | 2.43 | 2.52 | .97 | .33 |
| >7258 kg | 0 | ... | ... | ... |

[1]Least squares solution.

[2]The $t$ test for $H_0$:(difference from subclass set to zero) = 0.

Reduced seasonality in the northeast and southeast regions is at least in part due to the base-excess seasonal pricing plan used by Order 1, which is operating in those regions. Farms with stanchions were more seasonal (LSS = 3.20) than farms with freestalls (LSS = –3.45). The effects of herd size and of heifer grazing on seasonality were not significant. The effect of cow grazing was not significant, but LSS indicates a trend toward increased seasonality with more pasture used.

### Evaluation of Management Factors

The hypothesis was that better management is associated with less seasonality, as suggested by Caine and Stonehouse (1). It was assumed that lower age at first calving, participation in the DHI program, higher proportion of heifers and cows bred AI, and more milk sold/cow per year were indicative of better management. Among responders, 34.2, 29.4, and 36.4% had an average age at first calving of less than 26 mo, 26 to 27 mo, and more than 27 mo, respectively. Also, 28.5, 22.5, and 49.0% of the responders had less than 11%, between 11% and 99%, and all their heifers bred AI. Regarding the proportion of cows bred AI, 32.8% of respondents used natural service to breed the entire herd or some proportion of it while 67.2% used AI exclusively. Average milk sold/cow per year, calculated for each herd by dividing total milk sold in 1986 by the average number of cows in the herd for the year, was 6144 kg.

The effects of milk sold/cow per year, DHI participation, and percentage cows bred AI (Table 3) were consistent with the hypothesis, but only the effect of milk sold per cow was statistically significant. Herds with less than 5443 kg and herds between 5443 and 6350 kg of milk sold/cow per year were ($P<.1$) more seasonal (LSS of 5.94 and 5.15) than herds with more than 7258 kg. The effects of age at first calving and percentage heifers bred AI were contrary to the hypothesis, but only the effect of percentage heifers bred AI was significant. Herds with less than 11% of heifers bred AI were less seasonal ($P<.1$) than herds using AI on all heifers.

### Evaluation of Factors Associated with Breeding Practices

These factors were investigated because, if farmers are persuaded economically (3) or for other reasons to change their calving patterns,

1078                                                OLTENACU ET AL.

TABLE 4. Effect of delay of breeding in heifers and cows, and of use of estrus synchronization in heifers on pattern of herd production in 1986, as measured by seasonality coefficient.

| Factor | LSS[1] | SE | $t$-Test[2] | Pr>|t| |
|---|---|---|---|---|
| Breeding delay of heifers | | | | |
| No delay | −1.88 | 2.30 | −.82 | .41 |
| Winter | −3.65 | 4.70 | −.78 | .40 |
| Spring | −3.18 | 4.57 | −.83 | .40 |
| Summer | −2.05 | 2.95 | −.70 | .49 |
| Fall | .09 | 4.19 | .02 | .98 |
| No pattern | 0 | ... | ... | ... |
| Breeding delay of cows | | | | |
| No delay | −.96 | 2.05 | −.47 | .64 |
| Production | −4.45 | 4.63 | −.96 | .34 |
| Health | 1.17 | 3.83 | .30 | .76 |
| Reproduction | .72 | 5.75 | .13 | .90 |
| Calving | −.18 | 4.00 | −.05 | .96 |
| Other | 0 | ... | ... | ... |
| Synchronization of heifers | | | | |
| None | .36 | 3.91 | .09 | .92 |
| Calving | 5.09 | 5.71 | .89 | .37 |
| Reproduction | −.43 | 4.59 | −.09 | .92 |
| Other | 0 | ... | ... | ... |

[1]Least squares solution.

[2]The $t$ test for $H_0$:(difference from subclass set to zero) = 0.

delay of breeding in heifers and cows and synchronization of estrus in heifers may represent the management tools of choice. Among respondents, 48.7% did not delay breeding in heifers, whereas 4.0, 5.2, 12.4, and 4.3% delayed breeding in winter, spring, summer, and fall. The remaining 25.4% delayed breeding but with no definite seasonal pattern. Among respondents, 46.7% indicated no delay of breeding in milking cows, whereas 5.1, 6.7, 2.8, and 5.4% indicated delay of breeding for production, health, reproduction, and change of calving pattern reasons. In addition, 25.4% indicated delay of breeding for other reasons, not easily classifiable. Among respondents, 80.6% indicated that synchronization of estrus in heifers was not used, whereas 4.5 and 9.5% indicated using it to control calving pattern or to improve reproductive performance. Also, 5.6% indicated using it for other purposes. Although none of these factors significantly affect seasonality (Table 4), it is evident that synchronization of estrus in heifers seems to be effective, with herds using this practice to control calving pattern being more seasonal than those using it for other reasons (LSS = 5.09).

### Evaluation of Farmers' Awareness and Perception Factors

Although the Louisville plan has been in use by Milk Marketing Order 2 since 1967, 23.6% of the respondents were not aware of its use. An important management objective for most farmers is to minimize the cost of production to increase profitability. It was therefore assumed that farmers' perceptions regarding the season of lowest cost milk production would impact their management program and would be subsequently reflected in the pattern of production for the farm. Among farmers responding to the survey, 8.5, 19.1, 31.2, and 7.9% thought the season when they can produce milk at the lowest cost to be winter, spring, summer, and fall, respectively. The remaining 33.2% of the respondents indicated two or more seasons as having the lowest cost of production.

Least squares solutions, SE, and $t$ test for the hypothesis of no difference from subclass set to zero for these factors are in Table 5. Although the awareness factor was not significant, farmers who were unaware of seasonal pricing plans experienced slightly more seasonality. The farmer's perception regarding the season with

TABLE 5. Effect of farmer's awareness of seasonal price incentives and perception of seasonal impact on production cost on pattern of herd production in 1986, as measured by seasonality coefficient.

| Factor | LSS[1] | SE | $t$-Test[2] | Pr>|t| |
|---|---|---|---|---|
| Awareness | | | | |
| No | 1.86 | 2.20 | .84 | .40 |
| Yes | 0 | ... | ... | ... |
| Lowest cost of production | | | | |
| Winter | 2.03 | 3.50 | .58 | .56 |
| Summer | 3.24 | 2.25 | 1.44 | .15 |
| Spring | 6.21 | 2.59 | 2.39 | .02 |
| Fall | .79 | 3.70 | .21 | .83 |
| >One season | .00 | ... | ... | ... |

[1]Least squares solution.

[2]The $t$ test for $H_0$:(difference from subclass set to zero) = 0.

lowest production cost had an effect on seasonality; farmers who indicated spring as the season with lowest cost of production experienced more seasonality ($P<.02$) than those indicating fall (LSS of 6.21 and .79). These results support the conclusions reached by Quinn and Wasserman (7) that one important reason for seasonal patterns of production is farmers' belief that they can produce milk more cheaply and have higher profits in the spring. However, results published by Hall et al. (2) and Prindle and Livezey (5) indicate that there is no significant relationship between the pattern of production and net revenue on a herd aggregate basis. Hence, this evidence suggests that seasonality is not caused by profitability factors per se, but rather by farmers' perception that spring milk production is more profitable than production during other seasons. Extension and education can therefore play an important role in correcting the seasonal patterns of production.

Among 48 federal Milk Marketing Orders, 18 had seasonal price incentive plans in 1986, indicating that the seasonality problem is not confined to the Northeast. This, combined with the diversity of the dairy industry and its management practices in New York state, makes the results of this study of more widespread interest.

## ACKNOWLEDGMENTS

This research was supported in part by a grant from New York State Department of Agriculture and Markets and by the New York Agricultural Experiment Station.

The authors gratefully acknowledge the participation and financial support of Dairylea Milk Coop., Eastern Milk Coop., Agway Inc., and Milk Marketing Administrator Office Order 2.

Comments and contributions made by Walter Wasserman at all stages of this research are gratefully acknowledged.

## REFERENCES

1 Caine, R.J.H., and D. P. Stonehouse. 1983. Adjusting the seasonality of milk shipments in Canada: problems, economic impacts and potential policies. Can. J. Agric. Econ. 31:331.
2 Hall, S. C., P. A. Oltenacu, and R. A. Milligan. 1987. Returns to the dairy producers under different seasonal production patterns. Agric Econ. Res. 87-27. Dep. Agric. Econ., Cornell Univ., Ithaca, NY.
3 Kaiser, H. M., P. A. Oltenacu, and T. R. Smith. 1988. The effects of alternative seasonal price differentials on milk production in New York. Northeastern J. Agric. Res. Econ. 17(1):46.
4 Prindle, A. M. 1980. Evaluation of the base-excess plan for leveling seasonal milk production: case example of Maryland. J. Northeastern Agric. Econ. Conc. 9(1):47.
5 Prindle, A. M., and J. S. Livezey. 1981. Optimal production schedules for a representative farm under alternative seasonal milk pricing patterns of the base-excess plan. J. Northeastern Agric. Econ. Counc. 10(1):23.
6 SAS Institute. 1982. SAS User's guide:statistics.. Cary, NC.
7 Quinn, W., and W. Wasserman. 1983. The dairyman's guide to milk marketing. Agric. Econ. Ext. 83-19, Dep. Agric. Econ., Cornell Univ., Ithaca, NY.