# EXHIBIT 4D



National Program for Integrated Dairy Risk Management Education & Research

Universities — RMA — Industry

Managing Risks and Profits

# Milk Price Volatility, Federal Price Supports and Risk Management

by

Mark Stephenson
Cornell University

IDMR-100-3

1. Introduction
2. Underlying Reasons
3. Market Intervention
4. Price Support Program Under Stress
5. Price Volatility Without Price Support
6. International Trade Impacts
7. Summary

## Milk Price Volatility: An Introduction

Large fluctuations in milk price are a part of the history of the United States dairy industry and are likely to be part of the future. The characteristics of milk and milk marketing, which caused this volatility, were temporarily overcome as a result of market intervention policies of the federal government. These federal policies are being reversed and it seems unlikely we will see increased government intervention in the foreseeable future. The trend towards liberalization of international trade also has consequences for the US dairy industry and price volatility. Producers, processors and retailers should plan for high levels of volatility in the future. This paper provides an overview of the reasons for price volatility and discussions of market intervention, price volatility without an effective price support program, and the impacts of international trade.

**Underlying Reasons for Milk Price Volatility**
Milk is a unique food product: fixed costs of producing milk are relatively high making the decision to get into or out of the dairy industry a difficult one; marginal production decisions and harvest are conducted 365 days a year; with 85 percent of it's volume as water, it is bulky product

to transport; and, in it's raw form, it is highly perishable. These properties have contributed to price volatility through the history of the dairy industry up to present times. Although incremental milk production decisions can be made on a daily basis, seasonal patterns of production have not coincided with seasonal patterns of consumption for dairy products often leading to large monthly and annual price swings.

The problem of seasonality in the dairy industry has often been attributed to the seasonal nature of the dairy cow. The libido of our domesticated cattle had evolved to produce calves in the spring of the year when grass is plentiful and the cow's milk assured. Through the years of selection, breeding and feeding of dairy cattle, the problem is not as acute as it has been,. However, calving still occurs with greatest frequency in the Spring and to the extent that pasture and fresh-cut forage is still fed, production of milk continues to be greatest from March through June. This is often referred to as the "flush" season in the dairy industry.

Fluid, or beverage milk, is considered to be the most perishable dairy product and consumer demand for the product is quite inelastic. Inelastic refers to a market phenomenon where a small change in the quantity available can make a large change in the price of the product. Of all dairy products, fluid milk is the most bulky and costly to transport over long distances. As such, fluid milk processors have always had "first claim" and "first right of refusal" on local milk supplies. The residual milk supplies have been used to manufacture "hard" or more storable dairy products such as cheese, butter and nonfat dry milk powder. Figure 1 shows current seasonal patterns of milk production and the major products made from that milk, and demonstrates the extreme volatility in butter and nonfat dry milk production—the residual claimants of milk. The seasonal nature of milk production and dairy product demand by itself is a source of seasonal price volatility.

**Market Intervention for Price Stabilization**

Perishability of raw milk has left farmers in a poor position to bargain for price. Early recorded prices paid for milk to producers in the late 1800s and early 1900s showed seasonal price swings of more than 150 percent from Spring to Fall. When beverage milk was needed, a higher price was paid and when that milk was no longer needed, it could not be sold to the fluid handler at any price leaving the farmer looking for alternative buyers. It was in this environment of price volatility that caused dairy producers to look to their cooperatives for relief.

Before the turn of the century butterfat was the most prized component of milk. Butter churning was often done on the farm and butter buyers would periodically travel through the countryside to purchase the product directly from the farms for sale into the cities. The quality of farm-made and even factory produced butter varied tremendously. By 1930 Land O' Lakes, a farmer-owned cooperative had perfected butter processing and grading to the point that a high quality butter product could be stored for several months. On January 9, 1930, the Federal Farm Board made a loan to Land O' Lakes to enable the cooperative to withhold temporarily some of its own butter and, if necessary, to purchase additional butter on the open market in order to stabilize seasonal price swings. In that first price stabilization experiment, the cooperative accumulated about 5 million pounds of butter during the flush season of 1930 and sold it back to the market a few months later at a profit.

Enabled by the Agricultural Adjustment Act of 1933, the Secretary of Agriculture again authorized Land O' Lakes to purchase surplus butter. That summer, 11 million pounds of butter was bought in the Chicago and New York markets and donated to the Federal Surplus Relief Corporation. This had the effect of increasing the price of butter from 18 cents a pound to 23-24 cents a pound within a few days of purchase. Following this success, the Federal Surplus Relief Corporation was chartered for the purpose of purchasing and processing commodities for relief distribution. In 1935, the name was changed to the Federal Surplus Commodities Corporation and the supervision was changed from the Federal Emergency Relief Administration to the Department of Agriculture.

Two years later, the legislation in Section 37 of the Agricultural Act of 1935 provided additional funds which could be used for purchase of surplus dairy products. By this time, dairy products were being purchased through bids and not direct market acquisitions. Section 32 of the 1935 Act provided another means of purchasing dairy products. The Secretary of Agriculture was authorized to use 30 percent of the annual customs receipts from import tariffs to encourage exports and domestic consumption of commodities by lower income families. In 1938 nearly 142 millions pounds of butter were purchased under these two sections of the Agricultural Act of 1935.

A non-profit organization known as The Dairy Products Marketing Association was formed in 1938. Membership in this association consisted of eight regional butter marketing cooperatives with the charter to help operate the government stabilization program. Loans were made by the Commodity Credit Corporation to the Association to purchase butter, cheese, and nonfat dry milk powder at specified prices. The products bought by the Association were held in storage for resale through commercial channels at prices, which covered the purchase price plus handling and carrying charges.

The next major change to price support legislation was the Agricultural Act of 1949. The '49 Act directed the Secretary of Agricultural to support the price of milk between 75 and 90 percent of parity to "assure an adequate supply of milk, reflect changes in the cost of production, and assure a level of farm income to maintain productive capacity sufficient to meet future needs". Under this system, the USDA announced prices for cheese, butter and nonfat dry milk powder, which were consistent with the parity goals. In some years such as 1953 and 1961, the purchase prices were high enough to buy about 9 percent of the total U.S. milk production. In the subsequent years, the Secretary of Agriculture would lower purchase prices until the stocks were reduced. Under this system, the price support program helped to stabilize volatile milk prices for many years.

**Price Support Program Under Stress**
In 1973 the Soviet Union entered the U.S. grain market for the first time. Disappointed by the inability to meet internal production goals, the USSR made a decision to upgrade the quality of the Soviet diet by purchasing grains from the United States. Large purchases of grains had the immediate effect of increasing our domestic grain prices and, as a secondary result, the cost of milk production for U.S. dairy farmers. Several years of high grain prices outstripped the increase in prices that farmers received for their milk. Although the Secretary of Agriculture increased the price support goal during these years, dairy producers were angry about the lag in milk price increases

and lobbied congress to "lock in" parity at a fairly high level. Figure 2 shows the rapidly increasing milk price through the 1970s and the lag of the support price goal through 1980.

The escalating milk and grain price increases were viewed as problems in 1973. Then president, Richard Nixon, was fighting persistent monetary inflation with wage and price controls. When milk prices had increased by nearly 30 percent in the span of a few months (the '73-'74 bump in the M-W price), President Nixon suspended import quotas and allowed off-shore dairy products into the United States as a means of checking domestic price increases. President Carter came into office in 1976 with a promise, among other things, to increase milk prices. He used his presidential authority to set the support price in excess of 80 percent of parity. Later, Congress used the Food and Agriculture Act of 1977 to maintain those higher prices by setting the support price at 80 percent of parity with a semi-annual adjustment to purchase prices for commodities.

Grain market shocks subsided and prices stabilized through the end of the 1970s. However, with the inability to adjust the support price goal, the Commodity Credit Corporation began to purchase large amounts of dairy products. Figure 3 shows that in the 1983 fiscal year the Federal Government paid more than $2.5 billion to purchase 16.8 billion pounds of milk equivalent dairy product--more than 12 percent of total U.S. milk production and more than Canada produced altogether in that year. It became obvious that the price goal was too high.

Several programs were instituted by congress to curb milk production and reduce government held stocks of dairy products. In 1983, the Milk Diversion Program offered direct payments of $10.00 per hundredweight to dairy farmers to reduce milk production below their historical base. Later, the Food Security Act of 1985 authorized the Dairy Termination Program. Under this program, dairy producers were encouraged to submit bids for the minimum price per hundredweight at which they would exit from milk production for the next five years. During 1986-87, 12.28 billion pounds of milk was removed from the market at a cost of $1.8 billion under this program but milk production levels returned rapidly after the influence of these programs. It was finally apparent that a systematic reduction in the support price was the only answer to persistent Commodity Credit Corporation accumulations. By 1988, cumulative reductions in the support price brought it to a level that was below market prices-- effectively, no price support.

In a world that was more openly embracing capitalism and free trade, reducing government involvement in the dairy sector was viewed favorably in Washington, DC. Moreover, with the federal deficits of the post-Regan years, few politicians would accept the budget exposure that an unlimited willingness to purchase dairy products at announced prices implied. Perhaps the dairy industry had matured to the point that government intervention was not necessary to dampen the price fluctuation that had plagued the industry at the turn of the century.

In 1988, the milk supply had begun to shrink as a result of the Dairy Termination Program. In that same year widespread drought in the Upper Midwest also decreased total U.S. milk production substantially. These tight supplies resulted in high milk prices, which in turn stimulated

milk production in most parts of the country. In 1989, the drought had ended and national milk supplies as well as storable product inventories were abundant. The market reflected the over-supply conditions with a rapid and substantial decline in milk and dairy product prices. The price peak in 1988 followed by the dramatic decline in 1989 marked the beginning of a new era of price volatility in the dairy industry.

**Price Volatility Without an Effective Price Support Program**
It can be argued that for fifty years the price support program provided a national inventory management program for the dairy industry. The dairy industry began to think of stocks as being either commercial holding or government stocks. As the government became an important holder of dairy product stocks, it was less necessary for commercial interests to pay attention to stock holding strategies. If, as a processor, too much product was made for commercial sales channels, the government was a willing buyer at a price not much lower than the market place. If there was a natural disaster and you were unable to buy a sufficient amount of milk to make your product, the Commodity Credit Corporation held stocks of cheese, butter and nonfat dry milk that could be brought back into commercial sales channels or used as dairy ingredients for further manufacturing at a reasonable price. However by 1988, the low support price did not make the Commodity Credit Corporation a competitive buyer of most dairy products and by 1989 there were essentially no government holdings of cheese and nonfat dry milk.

By December of 1988, the effects of the Dairy Termination Program and the drought had brought the Minnesota-Wisconsin milk price to a record high of $14.93 per hundredweight. In January of 1990, the price dropped by nearly a dollar per hundredweight. In February, it dropped another $1.72 and after a brief rebound in the late spring, continued its decline to a low of $10.02 in March of 1991, just pennies above the price support level. Cheese processors had purchased fifteen-dollar milk to make cheese and had watched their inventory value decline by twenty percent in just a few months time. A hard lesson learned from this volatility was to not hold excessive stocks.

Dairy processors began to systematically reduce commercial stocks as a percent of the total milk supply. Figure 4 shows that inventories were reduced from 3.37 percent in 1990 to 2.56 percent in 1995. These "just-in-time" inventories were adequate to keep the pipeline full until the next supply shock of high grain prices in 1996. As producers again reacted to high input costs by reducing production, manufacturers were unable to respond by dipping into their own commercial stocks or government holdings of dairy products. Milk prices reached new historic highs in 1996, and with lower grain prices in 1997, the milk supply grew and prices tumbled. Dairy product stocks, whether held by commercial interests or the government, are a key component to understanding extreme price volatility.

**International Trade Impacts**
A domestic price support program which functions by being willing to purchase unlimited quantities of product at announced prices is vulnerable to unlimited quantities of product from foreign markets with lower prices. To protect our domestic program from less expensive foreign products, import quotas were first authorized under Section 22 of the Agricultural Adjustment Act of 1933. Although authorized, quotas were never imposed until 1951 when lower cost foreign products and transportation

technologies began to threaten our domestic markets. Quotas have been applied only to products that are considered to compete directly with domestic dairy products.

Domestic support programs and import quotas are controversial issues in international trade agreements. The North American Free Trade Agreement, or NAFTA, was signed into law on November 3, 1993. In the NAFTA, dairy products were a part of the discussion between the U.S. and Mexico but not between the U.S. and Canada. The U.S. did not view the Mexican dairy industry as a threat to our markets and Mexico viewed increased trade in U.S. dairy products as a benefit to Mexican consumers. Canada however, viewed increased trade in U.S. dairy products as threatening to their dairy industry.

In 1987, the General Agreement on Tariffs and Trade, or the GATT, opened trade discussions between 119 countries. For the first time in any GATT negotiation, agricultural products were included. In 1994, the Uruguay Round of GATT was signed into law. The agreement would ease import restrictions, reduce export subsidies and domestic support policies on dairy products. Consistent with the GATT, the Federal Agricultural Improvement and Reform (FAIR) Act of 1996 provided a timetable for reductions in the support price for dairy products. Under this timetable, price supports would be completely gone by the year 2000. Most would agree that domestic dairy prices would be less stable with the loss of the price support program. However, there are conflicting views with regard to increased international trade.

One point of view is that price volatility is less in an environment of unrestricted trade. The milk price rise of 1996 may have been muted if lower cost grains could have flowed without impediment into this country or if more foreign dairy products could have found their way into our marketing channels. Conversely, when domestic prices are falling, unrestricted export of U.S. dairy products into foreign markets could help stem the price decline.

Conversely, it could be argued that price volatility is more in an environment of unrestricted trade. The United States is the largest market in the world. We would undoubtedly be a target for dairy product sales in an unexpectedly good year for milk production in exporting countries. Or, as potential exporters of dairy products, our products would find new markets during times of overseas shortages. The U.S. dairy industry will also need to be aware of the impact of changing currency rates. A relatively strong dollar makes exports more difficult whereas a relatively weak dollar makes us vulnerable to greater levels of imports. The need for market and currency information is dramatically increased in an environment of less restricted trade.

**Summary**
The inherent qualities of milk—that it is a bulky, perishable product with high fixed costs of production, marginal daily output decisions and an inelastic demand—make dairy markets vulnerable to price volatility. It has been demonstrated over a fifty year time period that market intervention through a price support program can help stabilize those prices. However, in a world that is widely embracing capitalism as a preferred market system, there is little support in Washington, D.C. for costly market intervention programs.

It might be thought that dairy processors would find it in their own best interest to carry larger inventories of dairy products. But, with volatile prices, inventory values

IDRM CL100-3

can erode quickly and large financial losses accrue to inventory holders. The processing sector's primary objective may not be to stabilize prices.

Dairy markets, like any other markets, react to information. As we move toward less restrictive trade policies, more information will be required and the stakes for making good production and marketing decisions are even higher. Even as a soybean grower needs to know what is happening to the crop in Argentina or the demand in China, so too will dairy producers and processors need to pay attention to foreign markets. Exchange rates will also play a greater role in domestic dairy markets.

It is likely that the price volatility of the 1990s will come to seem normal in the decades ahead. Price swings of more 115 percent (high/low) over the course of a year were unheard of during the 60s, 70s and 80s. In the 1990s, typical price swings are more like 130 percent and in years of supply shocks, price movements of 150 percent are observed. The dairy industry has returned to levels of price volatility that existed before national price stabilization programs were implemented in the 1930s. Milk producers, processors and retailers, who are best informed about current market conditions and can anticipate milk price movements and have formulated strategies to deal with price volatility, will be the most likely to prosper in this new market environment.

Partial funding support has been provided by the Risk Management Education Agency, The United States Department of Agriculture.
Issued in furtherance of Cooperative Extension work, Acts of May 8 and June 30, 1914 in cooperation with the U.S. Department of Agriculture.

**Figure 1**         [click here to return to text]



Figure 1. Indexed Daily Production of 1996-97 Farm Milk, Butter, Cheese, Nonfat Dry Milk, and Fluid Milk Products

IDRM CL100-3

**Figure 2**          [click here to return to text]



Figure 2. MW / BFP versus Support Price at 3.5% Butterfat

**Figure 3**        [click here to return to text]



Figure 3. CCC Milk Equivalent Purchases and Expenditures

**Figure 4**        [click here to return to text]



Figure 4. Ending Commercial Stocks as a Percent of Total Milk Supply