# EXHIBIT 4E

# ANALYSIS OF SEASONAL MILK PRICE INCENTIVE PLANS

*Chin-Hwa Sun, Harry M. Kaiser, and Olan D. Forker*

U.S. milk production varies throughout the year, with production being highest in the spring and lowest in the fall. On average from 1982 to 1992, milk production was 7 percent higher in the second quarter compared to the fourth quarter of the year. Milk production seasonality is mainly due to two related factors. First, a greater proportion of cows freshen in the spring than during the rest of the year because of the availability and quality of pastures (Kaiser, Oltenacu, and Smith). Second, cow productivity tends to be highest in the spring, due to the quality and availability of pasture.

Seasonality in production is a problem for many processors of manufactured dairy products because plants and equipment used to satisfy spring production levels may operate at less than capacity for much of the year. Seasonality also adds to the cost of federal dairy programs because the government, under the dairy price support program, acts as a seasonal balancer of supply and demand by removing excess supplies of cheese, butter, and nonfat dry milk from the market. Evening out these seasonal imbalances in milk production would reduce the costs of the price support program and lessen the costs to processors dealing with excess capacity.

In the past, several federal and state milk marketing orders have employed seasonal price incentive plans to encourage more even milk production throughout the year. These seasonal price plans are designed to discourage spring production and encourage fall production. For example, the "Louisville Plan," which has been used in several markets, places an assessment on the milk price in the spring, and then adds back the proceeds and interest in the fall. There are other plans as well, but most operate by making the spring milk price lower and the fall milk price higher than it would be in the absence of the program.

The purpose of this article is to examine the impacts of a hypothetical seasonal price-incentive plan on milk production seasonality in the United States.[1] Seasonal milk production is compared with alternative levels of price differentials that are deducted from the spring milk price and added to the fall milk price. Understanding the impact of seasonal price incentive plans on cow and heifer numbers, production per cow, and milk production, requires a dynamic milk supply-response model with biological constraints. Hence, a secondary objective is to develop a quarterly dynamic milk supply-response model that explicitly accounts for both biological constraints on dairy cattle and economic factors that influence dairy herd size. The model is similar to an annual dynamic milk supply-response model developed by Chavas and Klemme. A system of nonlinear equations for numbers of heifers and cows, and production per cow is specified according to constraints on the age structure of the cohort and farmers' seasonal adjustment decisions on culling and replacing cows. A quarterly-based supply-response model with biological constraints on dairy herd size is needed to simulate the impact of seasonal price differentials on seasonality because farmers will adjust seasonal culling and replacement decisions in response to such programs. This article differs from previous research (e.g., Hall, Oltenacu, and Milligan; Prindle and Livezey; Caine and

Chin-Hwa Sun is an Associate Professor in the Institute of Fisheries Economics at National Taiwan Ocean University. Harry M. Kaiser and Olan D. Forker are Associate Professor and Professor, respectively, in the Department of Agricultural, Resource, and Managerial Economics at Cornell University.

The authors thank Tim Mount and Les Myers for valuable comments on earlier drafts of this paper. Financial support from the Commodity Economics Division, Economic Research Service of the United States Department of Agriculture is gratefully acknowledged.

---

[1] Ideally, it would be more appropriate to consider seasonality at a more regionally disaggregated level. Unfortunately, not all of the data required for the model are available at the regional level.

Case 1:08-cv-00121-LJO-GSA   Document 84-16   Filed 07/09/10   Page 3 of 14

Stonehouse; Kaiser, Oltenacu, and Smith; Kilmer et al.) in that it focuses on national rather than regional or farm-level response, and it incorporates constraints on herd size into milk supply response.

## Model Specification

A farmer's milk supply response is determined by adjustments in cow numbers, production per cow, and the manner in which price expectations are formed. Dairy farmers adjust cow numbers by culling less efficient cows and/or adding replacement heifers. Production per cow is determined conditionally on both the quality and quantity of all inputs and the current technology. Assuming dairy farmers maximize the discounted expected net profit flow from farm milk sales, net of variable costs, the optimization problem can be expressed as follows:

$$\underset{\text{w.r.t PPC}_t \text{ and COW}_t}{\text{Maximize}} \quad E\left\{\sum_{1}^{T} \rho^t [AMP_t \cdot PROD_t - C(PROD_t | COW_t, HEF_t, PFEED_t, FWAGE_t)]\right\}. \quad (1)$$

Subject to $PROD_t = PPC_t \cdot COW_t$, where E is the mathematical expectations operator, $\rho$ is a discrete time discount factor for calculating the present value of the future net income stream, and all other variables are defined in Table 1. The variable $AMP_t$ is the stochastic milk price in period t, while the term, $C(PROD_t|COW_t, HEF_t, PFEED_t, FWAGE_t)$, is the cost function, which is conditional on current cow numbers, heifer numbers, feed prices, and farm wages, respectively.

The optimal solution of the number of cows in each period represents dairy farmers' capital stock decision, which is constrained by the dynamic biological reproduction processes under uncertain output and input prices (Chavas and Klemme; LaFrance and de Gorter). Using annual data from 1960 to 1982, Chavas and Klemme assumed an 11-year life span for cows in the dairy herd and then derived an annual retention rate for each age group of cows. They estimated current cow numbers by summing up the past 11 years of heifer numbers and weighting them using a cumulative retention rate.

However, it is not necessary to make the assumption about the life span of cows when using quarterly data instead of annual data. A specification of a 44-quarter lag structure on cow numbers would make the model cumbersome. Since the last quarter's heifer and cow numbers are reported, the estimate of current cow numbers can be obtained if the following two unreported variables are known: (1) number of heifers in the last quarter counted as first-lactation cows in the current quarter; and (2) number of cows slaughtered in the current quarter. In this article, Chavas and Klemme's notion of biological constraints on dairy heifers and cows is followed, and the above-mentioned variables are estimated based on the biological constraint between heifer and cow numbers. The estimation process of the current period's first-lactation cows and the retention rate of last-period's cows are explained in the following section.

## Model for Cow and Heifer Numbers

The United States Department of Agriculture (*Dairy Situation and Outlook*) defines a dairy cow as being at least two-years-old and having freshened at least once. In any period, the current number of cows is the sum of all first-lactation cows and the portion of the previous quarter's cows retained for the present quarter. Defining $COW_t$ as the stock of milking cows, the dynamic cow number inventory problem can be expressed as the following identity:

$$COW_t \equiv FCOW_t + \gamma_t \cdot COW_{t-1}, \quad (2)$$

where $FCOW_t$ is the number of first-lactation cows and $\gamma_t$ ($0 \leq \gamma_t \leq 1$) is the average retention rate[2] of all cows from period t-1 to t.

Unfortunately, the number of first-lactation cows is not reported by the United States Department of Agriculture, but it should be similar to the number of eight-quarter old heifers in the previous quarter. The United States

---

[2]This is somewhat of a simplifying representation since it ignores the age distribution of cows on the retention rate.

Table 1. List of Variable Definitions for the Econometric Model

| | | |
|---|---|---|
| AMP | = | Milk prices received by farmers, all sold to plants, $/cwt, (1) |
| COW | = | Number of milk cows, thousand head, (1) |
| DPSCOW | = | Prices for slaughter cows deflated by feed price (PFEED), (1) and (2) |
| DFWAGE | = | Farm wages index deflated by feed price (PFEED), (1) and (2) |
| DTP | = | 1 if during Dairy Termination Program, 1986:2 to 1987:3, zero otherwise |
| HEF | = | Number of replacement heifers, thousand head, (1) |
| $hef_i$ | = | Number of replacement heifers at i quarters age old, (1) |
| MDP | = | 1 if during the Milk Diversion Program, 1984:1 to 1985:2, zero otherwise |
| MFP | = | All milk price deflated by feed price, AMP/PFEED, milk feed price ratio, (1) and (2) |
| PFEED | = | Feed price based on 16% dairy feed, $/ton, (2) |
| PPC | = | Production per cow, lbs., (1) |
| PROD | = | Total pounds of milk produced, million lbs., (1) |
| S1 | = | 1 if period is the first quarter of the year, zero otherwise |
| S2 | = | 1 if period is the second quarter of the year, zero otherwise |
| S3 | = | 1 if period is the third quarter of the year, zero otherwise |
| TREND | = | Time trend as a proxy for technology improvement, equal to 1 in 1970:1 |

Sources: United States Department of Agriculture (*Dairy Situation and Outlook* and *Agricultural Prices*).

Department of Agriculture counts heifers as the number of female calves between one- and two-years-old.[3] However, only two-year-old heifers can be counted as first-lactation cows next quarter. Defining $HEF_t$ as the number of heifers in quarter t, and $hef_{i,t-1}$ as the unreported number of i quarter age heifers in the last quarter (where i = 4, 5, 6, 7 and 8), the following equation measures the number of heifers:

$$HEF_{t-1} = \sum_{i=4}^{8} hef_{i,t-1}. \quad (3)$$

The number of first-lactation cows in the current quarter can be estimated based on the estimated number of eight-quarter-old heifers:

$$FCOW_t = hef_{8,t-1} + u_t. \quad (4)$$

Each age group of heifers is determined by the relevant herd size and economic factors. The number of i-quarter-old heifers in period t-1 are offsprings of cows in period t-i, and are determined by the numbers of cows[4] in period t-i-3. The dynamic growth function for each age group of heifers is:

$$hef_{i,t-1} = \delta_{i,t-1} \cdot COW_{t-i-3}, \quad (5)$$
$$\text{for } i = 4, 5, 6, 7, \text{ and } 8$$

where $\delta_{i,t-1}$ is the recruitment rate of cows in period t-i-3 and $0 \leq \delta_{i,t-1} \leq 1$. The recruitment rate is the percentage of female offspring that is kept and raised as heifers i quarters after they were born. This rate depends on the economic conditions in period t-i when dairy farmers have to decide whether calves born in period t-i will be retained in the herd for two years before they produce milk.

The biological growth processes of heifer and cow numbers are specified in equations (2) to (5). The specification of retention and recruitment rates of cows, $\gamma_t$ and $\delta_{i,t-1}$, is approximated by logistic transformation functions, which are bounded by 0 and 1. The logistic transformation function is one of an infinite number of ways to define these probabilities, but the empirical results indicate that this functional form fits the data well. The general form of this function in

---

[3] According to the definition of the data series (United States Department of Agriculture, *Dairy Situation and Outlook*), a heifer is a female calf that weights over 500 pounds and has not yet freshened. There is no indication of the age structure of heifers. However, from the Holstein and Brown Swiss heifer growth curves for weight at various ages (Hoard's Dairyman 1982), the age of the heifers is estimated as four to eight quarters old. Hence, it is assumed that the age structure of heifers corresponds to four to eight quarters of age and they freshen at nine quarters when they are considered first-lactation cows.

[4] A lactation period of 305 days is considered typical for dairy cows (Schmidt, Van Vleck, and Hutjens).

period t is $f_t(\beta) = 1/[1+\exp(-X_t \cdot \beta)]$, where $X_t$ is a vector of explanatory variables and $\beta$ is the coefficient vector associated with $X_t$. The derivative of the logistic transformation function, $f_t(\beta)$, with respect to $X_t$, is derived as:

$$\frac{\partial f_t(\beta)}{\partial x_t} = \beta \cdot (1-f_t(\beta)) \cdot f_t(\beta), \quad (6)$$

where $\partial f_t(\beta)/\partial x_t \geq 0$ if $\beta \geq 0$ and $\partial f_t(\beta)/\partial x_t \leq 0$ if $\beta \leq 0$.

Based on the expected profitability of retaining cows in the current period, the vector of explanatory variables that determines the retention rate includes the expected milk-feed price ratio (MFP$_t^e$), a trend variable as a proxy for technological change over time (TREND), deflated slaughter cow price (DPSCOW),[5] quarterly dummy variables to capture production seasonality (S1, S2, S3), and two intercept dummy variables to account for quarters that the Milk Diversion Program (MDP) and Dairy Termination Program (DTP)[6] were in effect. Hence, the retention rate in equation (2) is modeled as:

$$\gamma_t = 1/\bigl[1 + \text{EXP}(-A0 - A1 \cdot \text{MFP}_t^e$$
$$- A2 \cdot \text{TREND}_t - A3 \cdot \text{DPSCOW}_t$$
$$- A4 \cdot \text{DTP}_t - A5 \cdot \text{MDP}_t \quad (7)$$
$$- A6 \cdot S1_t - A7 \cdot S2_t - A8 \cdot S3_t)\bigr],$$

where A0 to A8 are coefficients to be estimated.

The recruitment rate in period t-i, $\delta_{i,t-1}$, is determined by the milk-feed price ratio in period t-i, deflated farm wage, a trend variable, DTP in period t-i, and quarterly dummy variables as follows:

---

[5] Consistent with the condition of homogeneity of degree zero, the milk price and all costs are deflated by the feed price in all equations.

[6] The Milk Diversion Program (January 1984 to March 1985) and Dairy Termination Program (April 1986 to August 1987) were voluntary supply control policies aimed at reducing surplus milk production. The Milk Diversion Program paid participants $10 per hundredweight for reducing milk marketing from 5 to 30 percent of base levels. The Dairy Termination Program paid farmers who participated in the program to slaughter or export their dairy cattle and remain out of dairy farming for a period of five years.

$$\delta_{i,t-1} = 1/\bigl[1 + \text{EXP}(-H0 - H1 \cdot \text{MFP}_{t-i}$$
$$- H2 \cdot \text{DFWAGE}_{t-i} - H3 \cdot \text{TREND}_{t-i}$$
$$- H4 \cdot \text{DTP}_{t-i} - H5 \cdot S1_{t-i} \quad (8)$$
$$- H6 \cdot S2_{t-i} - H7 \cdot S3_{t-i})\bigr],$$

where H0 to H7 are coefficients to be estimated. By substituting equations (7) and (8) into equations (2) and (5), the heifer and cow numbers equations subject to the biological constraints can be written as:

$$\text{COW}_t = \text{COW}_{t-1}/\bigl[1 + \text{EXP}(-H0$$
$$- H1 \cdot \text{MFP}_{t-8} - H2 \cdot \text{DFWAGE}_{t-8}$$
$$- H3 \cdot \text{TREND}_{t-8} - H4 \cdot \text{DTP}_{t-8} - H5 \cdot S1_{t-8}$$
$$- H6 \cdot S2_{t-8} - H7 \cdot S3_{t-8})\bigr] + \text{COW}_{t-1}/\bigl[1 \quad (9)$$
$$+ \text{EXP}(-A0 - A1 \cdot \text{MFP}_t^e - A2 \cdot$$
$$\text{TREND}_t - A3 \cdot \text{DPSCOW}_t - A4 \cdot$$
$$\text{DTP}_t - A5 \cdot \text{MDP}_t - A6 \cdot S1_t -$$
$$A7 \cdot S2_t - A8 \cdot S3_t)\bigr] + u_{1t}, \text{ and}$$

$$\text{HEF}_{t-1} = \sum_{i=4}^{8} \text{COW}_{t-i-3}/\bigl[1 + \text{EXP}(-H0$$
$$- H1 \cdot \text{MFP}_{t-i} - H2 \cdot \text{DFWAGE}_{t-i} \quad (10)$$
$$- H3 \cdot \text{TREND}_{t-i} - H4 \cdot \text{DTP}_{t-i} - H5 \cdot S1_{t-i}$$
$$- H6 \cdot S2_{t-i} - H7 \cdot S3_{t-i})\bigr] + u_{2t}.$$

### Model for Production Per Cow

Production per cow is estimated as a function of the expected milk-feed price ratio, the intercept dummy variable for the MDP, seasonal dummy variables, and production per cow lagged one and four quarters:

$$\text{PPC}_t = C0 + C1 \cdot \text{MFP}_t^e + C2 \cdot \text{MDP}_t$$
$$+ C3 \cdot S1_t + C4 \cdot S2_t + C5 \cdot S3_t \quad (11)$$
$$+ C6 \cdot \text{PPC}_{t-1} + C7 \cdot \text{PPC}_{t-4} + u_{3t},$$

where C0 to C7 are coefficients to be estimated. Consistent with partial adjustment theory, the production per cow equation includes one- and four-quarter lagged dependent variables, while the intercept dummy variable accounts for quarters that the MDP was in effect, since participants could lower milk yields as a mean to reduce milk production. The quarterly dummy variables are included to capture seasonality in cow productivity.

The expected sign of the parameters associated with the milk-feed price ratio in equations (9) through (11) is positive (i.e., an increase in the milk-feed price ratio gives farmers an incentive to retain more cows, increase heifer numbers, and increase cow productivity). The sign associated with the deflated slaughter cow price in equation (9) should be negative since this is a proxy for the opportunity costs of keeping cows. The expected sign for the deflated farm wage in equations (9) and (10) is negative since the higher the input price, the lower the investment in herd size. Finally, the expected sign for both the Dairy Termination Program in equations (9) and (10) and the Milk Diversion Program in equations (9) and (11) is negative reflecting the supply control nature of both programs.

Assuming naive price expectations (Kaiser et al.; Liu et al.; Chavas and Klemme), the expected milk-feed price ratio, $MFP^e_t$, is approximated by the past quarter's observed ratio, $MFP_{t-1}$. Because production per cow is equal to total production divided by cow numbers, it is hypothesized that the error terms in equations (9) to (11) are contemporaneously correlated (i.e., $u_{1t}$, $u_{2t}$, and $u_{3t}$ are not independent of each other). If this is true, then:

$$E(PROD_t) \equiv E(COW_t \cdot PPC_t)$$
$$\equiv E(COW_t) \cdot E(PPC_t) + COV(COW_t, PPC_t) \neq E(COW_t) \cdot E(PPC_t), \quad \text{if } COV(COW_t, PPC_t) \neq 0. \quad (12)$$

where $E(\cdot)$ is the mathematical expectations operator and $COV(x,y)$ is the covariance of x and y. Hence, equations (9) to (11) are estimated simultaneously by nonlinear, seemingly unrelated regression (SUR) to obtain unbiased estimators for $HEF_{t-1}$, $COW_t$, and $PPC_t$.

## Model Estimation

Quarterly time-series data from 1970, quarter 1, to 1992, quarter 4, and are obtained from *Dairy Situation and Outlook* (United States Department of Agriculture), and *Agricultural Prices* (United States Department of Agriculture). The results are presented in Table 2. The specification of the three-equation system fit the data well. All of the coefficients are significantly different from zero except for coefficients associated with the seasonal dummy variable, S1, in the cow numbers equation (9).

As expected, the milk-feed price ratio (MFP) has positive impacts on cow numbers (i.e., A1 > 0 in equation (9)), heifer numbers (i.e., H1 > 0 in equation (10)), and production per cow (i.e., C1 > 0 in equation (11)). The Dairy Termination Program has a negative effect on cow (A4 < 0) and heifer numbers (H4 < 0), while the Milk Diversion Program has a negative impact on cow numbers (A5 < 0) and on production per cow (C2 < 0). The trend variable has a negative impact on cow numbers (A2 < 0), but has a positive impact on heifer numbers (H3 > 0). The deflated slaughter cow price has a negative impact on cow numbers (A3 < 0), while deflated farm wage has a negative effect on heifer numbers (H2 < 0). Both the one- and four-quarter lagged production per cow variables have a positive impact on current productivity (C6 > 0 and C7 > 0), which implies that the quality of cows and/or milking technology is correlated with that in the previous quarter and previous year.

## Model Validation and Elasticities

A dynamic simulation approach is used to validate the model. Starting from the fourth quarter of 1972 (denoted as 1972.4), the simulated endogenous variables are substituted into the lag structure for the remaining periods and all exogenous variables are set to their actual historical values. The performance of the model is judged in terms of the closeness of the

Table 2. Nonlinear SUR Estimation of Equations (9) to (11)

| Equation | Variables | Parameter | Estimate | 't'- ratio | |
|---|---|---|---|---|---|
| Equation (9): | CONSTANT | A0 | 2.184 | 25.26 | |
| Retention Rate of Cows | $MFP_{t-1}$ | A1 | 6.149 | 5.40 | |
| in Period t-1, $\gamma_t$: | $TREND_t$ | A2 | -0.003 | -3.88 | |
| | $DPSCOW_t$ | A3 | -0.414 | -3.13 | |
| | $DTP_t$ | A4 | -0.227 | -11.49 | |
| | $MDP_t$ | A5 | -0.066 | -3.21 | |
| | $S1_t$ | A6 | 0.029 | 1.04 | |
| | $S2_t$ | A7 | 0.125 | 4.03 | |
| | $S3_t$ | A8 | 0.083 | 2.91 | $R^2=0.99$ |
| Equations (9) and (10): | CONSTANT | H0 | -2.626 | -38.68 | |
| Recruitment Rate of Cows | $MFP_{t-i}$ | H1 | 2.710 | 2.78 | |
| in Period t-i-3, $\delta_{i,t-i}$: | $DFWAGE_{t-i}$ | H2 | -0.173 | -1.95 | |
| | $TREND_{t-i}$ | H3 | 0.004 | 3.97 | |
| | $DTP_{t-i}$ | H4 | -0.079 | -4.34 | |
| | $S1_{t-i}$ | H5 | -0.068 | -3.55 | |
| | $S2_{t-i}$ | H6 | -0.138 | -5.72 | |
| | $S3_{t-i}$ | H7 | -0.060 | -2.99 | |
| | rho | H8 | -0.873 | -22.52 | $R^2=0.94$ |
| Equation (11): | CONSTANT | C0 | -240.806 | -4.22 | |
| Production per Cow in | $MFP_{t-1}$ | C1 | 2526.641 | 3.12 | |
| Period t, $PPC_t$: | $MDP_t$ | C2 | -41.288 | -2.11 | |
| | $S1_t$ | C3 | 121.139 | 5.53 | |
| | $S2_t$ | C4 | 176.811 | 6.08 | |
| | $S3_t$ | C5 | -42.308 | -2.79 | |
| | $PPC_{t-1}$ | C6 | 0.459 | 6.29 | |
| | $PPC_{t-4}$ | C7 | 0.553 | 7.81 | $R^2=0.99$ |

Critical t-value (roughly 80 degrees of freedom) is 1.66 (5% confidence level).

All equations were tested for autocorrelation. The significant rho for equation (9) is reported above.

predicted endogenous variables to their historic values. The root-mean-square-percentage errors (RMSPE) of the dynamic simulation for milk production, cow numbers, production per cow, and heifer numbers are 1.8 percent, 1.0 percent, 1.8 percent, and 4.1 percent, respectively.[7] These results suggest that the simulated variables do not deviate much from actual values. These deviations are considered good under the dynamic simulation test. According to the computed retention rate, the quarterly culling rate[8] is between 7 percent and 10 percent for all quarters (i.e., the annual culling rate is between 28 percent and 40 percent for all years). This is comparable to other empirical data on culling rates (*Hoard's Dairyman*).

Based on the dynamic aggregate milk supply response with biological constraints on dairy herd size, the elasticity measures the ratio of the percentage change of the simulated variable following a shock to the percentage change of the specified exogenous variables. The following procedures are performed to calculate price elasticities. First, the estimated model is dynamically simulated from 1972.4 using actual historical data. Second, the model is shocked by

---

[7] The following out-of-sample forecasting validation of the model is also performed. The model was estimated with data through 1990 and was used to predict quarterly values for endogenous variables for 1991 and 1992. The resulting root-mean-square-percentage errors for milk production, cow numbers, production per cow, and heifer numbers are 2.0 percent, 2.5 percent, 1.5 percent, and 3.3 percent, respectively.

[8] The quarterly culling rate is one minus the quarterly retention rate. The annual culling rate is around four times the quarterly culling rate.

Case 1:08-cv-00121-LJO-GSA   Document 84-16   Filed 07/09/10   Page 8 of 14

a permanent 10 percent increase in the price variable with all other exogenous variables set at their historical values.

The elasticities calculated from a 10 percent permanent shock represent a cumulative impact of a 10 percent permanent shock starting from the fourth quarter of 1972 for j years. Table 3 shows the cumulative elasticity of total production, cow numbers, heifer numbers with respect to the all milk price and production per cow, slaughter cow price, farm wages, and feed costs. Notice that a change in cow numbers will change heifer numbers three quarters later and have a continuous feedback on cow numbers eight quarters later. A change in the slaughter cow price alters cow numbers immediately, while it impacts heifer numbers five quarters later. A change in the farm wage has little or no impact on cow and heifer numbers in the first three quarters, but a slight negative impact in the longer run. As the length of run increases, the heifer number elasticities become closer to the cow number elasticities, which implies the ratio of cow numbers versus heifer numbers reaches a stationary point in the long run.

The short-run (three-month) milk price elasticity of supply is 0.18, which is comparable to those found by Chavas and Klemme (0.11), but is smaller than those found by Chen, Courtney, and Schmitz (0.38) and Dahlgran (0.3). The intermediate-run price elasticity of supply for three years is 0.64, which is higher than Chavas and Klemme's intermediate elasticity (0.22). However, the longer-run price elasticities of five and 10 years are 1.1 and 2.3, respectively, which are similar to the elasticities presented in Chavas and Klemme (0.89 and 2.46, respectively). Finally, the longest-run price elasticity for 20 years (corresponding with three complete life cycles of the dairy herd) is 4.8, which is significantly larger than that reported in Hammond (0.14), Dahlgran (2.0), and Chen, Courtney, and Schmitz (2.54), but is slightly smaller than the estimate reported by Chavas and Klemme (5.03).

### Seasonal Price Incentive Scenarios

The estimated milk supply-response model is used to simulate the impact of several seasonal price differentials on changing seasonality of production. Eight levels of price differentials are examined, each involving an assessment on the spring milk price and a premium on the fall price. In the first scenario, a deduction equivalent to 5 percent of the milk price is imposed on the quarter 2 milk price, which is then added back to the milk price in quarter 4. Scenarios 2 through 8 are similar to Scenario 1, except the deductions and premiums are 10 percent, 15 percent, 20 percent, 25 percent, 30 percent, 35 percent, and 50 percent of the quarter 2 milk price, respectively. The higher level of seasonal differentials would likely be politically unacceptable to farmers, but are included to illustrate how large differentials would impact production seasonality.

To simulate the impact of these scenarios on milk production, a dynamic within-sample simulation of the model is conducted. This simulation is similar to the model validation procedures. The model is simulated over the period 1972.4 to 1992.4, with the simulated endogenous variables being substituted into the lag structure for the remaining periods, and all exogenous variables (except milk price) set to their actual historical values. The 2nd and 4th quarter expected milk price differs among the eight scenarios based on the price differential assigned to the scenario. Since a naive price expectations model (one quarter lagged milk price) is used, the expected milk price in quarters 2 and 4 are adjusted as follows in the simulation:

$$E(MFP_2^e) = \frac{((AMP_1) - (AMP_1)(SCEN_2))}{PFEED_2}, \quad (13)$$

$$E(MFP_4^e) = \frac{((AMP_3) + (AMP_3)(SCEN_2))}{PFEED_4}, \quad (14)$$

where $AMP_i^e$ is the expected all milk price in quarter i, and $SCEN_2$ is the seasonal price differential (percentage) in quarter 2 (5 percent. . . 50 percent).

To measure how effective each price differential is in reducing production seasonality, the following seasonality index is computed for each scenario:

a permanent 10 percent increase in the price variable with all other exogenous variables set at their historical values.

The elasticities calculated from a 10 percent permanent shock represent a cumulative impact of a 10 percent permanent shock starting from the fourth quarter of 1972 for j years. Table 3 shows the cumulative elasticity of total production, cow numbers, heifer numbers with respect to the all milk price and production per cow, slaughter cow price, farm wages, and feed costs. Notice that a change in cow numbers will change heifer numbers three quarters later and have a continuous feedback on cow numbers eight quarters later. A change in the slaughter cow price alters cow numbers immediately, while it impacts heifer numbers five quarters later. A change in the farm wage has little or no impact on cow and heifer numbers in the first three quarters, but a slight negative impact in the longer run. As the length of run increases, the heifer number elasticities become closer to the cow number elasticities, which implies the ratio of cow numbers versus heifer numbers reaches a stationary point in the long run.

The short-run (three-month) milk price elasticity of supply is 0.18, which is comparable to those found by Chavas and Klemme (0.11), but is smaller than those found by Chen, Courtney, and Schmitz (0.38) and Dahlgran (0.3). The intermediate-run price elasticity of supply for three years is 0.64, which is higher than Chavas and Klemme's intermediate elasticity (0.22). However, the longer-run price elasticities of five and 10 years are 1.1 and 2.3, respectively, which are similar to the elasticities presented in Chavas and Klemme (0.89 and 2.46, respectively). Finally, the longest-run price elasticity for 20 years (corresponding with three complete life cycles of the dairy herd) is 4.8, which is significantly larger than that reported in Hammond (0.14), Dahlgran (2.0), and Chen, Courtney, and Schmitz (2.54), but is slightly smaller than the estimate reported by Chavas and Klemme (5.03).

### Seasonal Price Incentive Scenarios

The estimated milk supply-response model is used to simulate the impact of several seasonal price differentials on changing seasonality of production. Eight levels of price differentials are examined, each involving an assessment on the spring milk price and a premium on the fall price. In the first scenario, a deduction equivalent to 5 percent of the milk price is imposed on the quarter 2 milk price, which is then added back to the milk price in quarter 4. Scenarios 2 through 8 are similar to Scenario 1, except the deductions and premiums are 10 percent, 15 percent, 20 percent, 25 percent, 30 percent, 35 percent, and 50 percent of the quarter 2 milk price, respectively. The higher level of seasonal differentials would likely be politically unacceptable to farmers, but are included to illustrate how large differentials would impact production seasonality.

To simulate the impact of these scenarios on milk production, a dynamic within-sample simulation of the model is conducted. This simulation is similar to the model validation procedures. The model is simulated over the period 1972.4 to 1992.4, with the simulated endogenous variables being substituted into the lag structure for the remaining periods, and all exogenous variables (except milk price) set to their actual historical values. The 2nd and 4th quarter expected milk price differs among the eight scenarios based on the price differential assigned to the scenario. Since a naive price expectations model (one quarter lagged milk price) is used, the expected milk price in quarters 2 and 4 are adjusted as follows in the simulation:

$$E(MFP_2^e) = \frac{((AMP_1) - (AMP_1)(SCEN_2))}{PFEED_2}, \quad (13)$$

$$E(MFP_4^e) = \frac{((AMP_3) + (AMP_3)(SCEN_2))}{PFEED_4}, \quad (14)$$

where $AMP_i^e$ is the expected all milk price in quarter i, and $SCEN_2$ is the seasonal price differential (percentage) in quarter 2 (5 percent. . . 50 percent).

To measure how effective each price differential is in reducing production seasonality, the following seasonality index is computed for each scenario:

$$S = \frac{1}{20} \sum_{i=1972}^{1992} \frac{PROD_{2i} - PROD_{4i}}{PROD_{2i}} \cdot 100, \quad (15)$$

where $PROD_{2i}$ and $PROD_{4i}$ are 2nd and 4th quarter milk production in year i. Similar seasonality indices are calculated for heifer and cow numbers, as well as for production per cow.

## Simulation Results

The supply-response model is simulated for each seasonal price differential scenario ranging from 0 percent to 50 percent of the quarter 2 milk price. Seasonality indices computed for each scenario for heifer and cow numbers, production per cow, and milk production are presented in Table 4.

With no seasonal price incentive, national milk production is 9.2 percent higher in quarter 2 than quarter 4, on average. This is due almost exclusively to seasonality in average production per cow, which averages 9.0 percent higher in quarter 2 compared to quarter 4. This seasonality in production per cow is primarily due to lush spring pastures which supplement feedings in quarter 2, and hence boost milk yields in cows. On the other hand, seasonality in national cow numbers is fairly low with an average simulated seasonality index of 0.14 percent. Thus, to reduce milk production seasonality, farmers will have to reduce seasonality in production per cow, and/or breed so that herd size becomes counter-seasonal.

The results of the simulation indicate that farmers respond to the seasonal price differential incentives both by lowering seasonality in production per cow and by switching to counter-seasonal breeding patterns. Table 4 indicates that seasonality in production per cow falls from 9.0 percent under no price differential to 4.0 percent with the 50 percent price differential. On average, this means that for every 5 percent incremental increase in price differential, seasonality in production per cow declines by about 5 percent. In addition, the rate of change in seasonality in milk per cow remains relatively constant over the entire range of price differentials. Seasonality in cow numbers declines from 0.14 percent to -2.7 percent over the range of 0 to 50 percent price differentials. While this represents a large percentage change in seasonality of herd size (1,993 percent over the 0 to 50 percent range of price differential), the relatively small magnitude of the cow number seasonality index implies that adjusting cow numbers in response to price differentials has a relatively minor impact on milk production seasonality. Due to the time lags involved in the biological dynamics of dairy cattle, the seasonal pattern in heifer numbers in response to the price differentials runs counter to that for cow numbers. That is, as the level of price differentials increases, seasonality in heifer numbers increases.

The relationship between milk production seasonality and seasonal price differentials is similar to that between production per cow and the price differential. The 9.2 percent seasonality index for the no differential case falls to 1.4 percent under the 50 percent price differential, which is more than an 84 percent decline. On average, milk production seasonality declines by 7.7 percent for each 5 percent incremental seasonal price differential. While the seasonal distribution of production changes significantly throughout the range of price differentials, annual production remains virtually the same. For example, while production seasonality falls by 84 percent between the zero and the 50 percent price differential, annual production is less than 0.06 percent different over this range in differentials. Consequently, while seasonal price incentive plans are effective in changing the seasonal distribution of production, these plans have virtually no impact on annual production levels.

There is less of a change in seasonality in response to seasonal price differentials than previous research suggests. For example, Kaiser, Oltenacu, and Smith found that a seasonal differential of $1.12 per hundredweight would be enough to completely even out spring and fall milk production based on responses elicited from dairy farmers in New York State. At the time of this study, the $1.12 price differential was equivalent to 9 percent of the annual milk price. The results indicate that spring production would be roughly 7.5 percent higher than fall production based on a 9 percent seasonal differential.

$$S = \frac{1}{20} \sum_{i=1972}^{1992} \frac{PROD_{2i} - PROD_{4i}}{PROD_{2i}} \cdot 100, \quad (15)$$

where $PROD_{2i}$ and $PROD_{4i}$ are 2nd and 4th quarter milk production in year i. Similar seasonality indices are calculated for heifer and cow numbers, as well as for production per cow.

### Simulation Results

The supply-response model is simulated for each seasonal price differential scenario ranging from 0 percent to 50 percent of the quarter 2 milk price. Seasonality indices computed for each scenario for heifer and cow numbers, production per cow, and milk production are presented in Table 4.

With no seasonal price incentive, national milk production is 9.2 percent higher in quarter 2 than quarter 4, on average. This is due almost exclusively to seasonality in average production per cow, which averages 9.0 percent higher in quarter 2 compared to quarter 4. This seasonality in production per cow is primarily due to lush spring pastures which supplement feedings in quarter 2, and hence boost milk yields in cows. On the other hand, seasonality in national cow numbers is fairly low with an average simulated seasonality index of 0.14 percent. Thus, to reduce milk production seasonality, farmers will have to reduce seasonality in production per cow, and/or breed so that herd size becomes counter-seasonal.

The results of the simulation indicate that farmers respond to the seasonal price differential incentives both by lowering seasonality in production per cow and by switching to counter-seasonal breeding patterns. Table 4 indicates that seasonality in production per cow falls from 9.0 percent under no price differential to 4.0 percent with the 50 percent price differential. On average, this means that for every 5 percent incremental increase in price differential, seasonality in production per cow declines by about 5 percent. In addition, the rate of change in seasonality in milk per cow remains relatively constant over the entire range of price differentials. Seasonality in cow numbers declines from 0.14 percent to -2.7 percent over the range of 0 to 50 percent price differentials. While this represents a large percentage change in seasonality of herd size (1,993 percent over the 0 to 50 percent range of price differential), the relatively small magnitude of the cow number seasonality index implies that adjusting cow numbers in response to price differentials has a relatively minor impact on milk production seasonality. Due to the time lags involved in the biological dynamics of dairy cattle, the seasonal pattern in heifer numbers in response to the price differentials runs counter to that for cow numbers. That is, as the level of price differentials increases, seasonality in heifer numbers increases.

The relationship between milk production seasonality and seasonal price differentials is similar to that between production per cow and the price differential. The 9.2 percent seasonality index for the no differential case falls to 1.4 percent under the 50 percent price differential, which is more than an 84 percent decline. On average, milk production seasonality declines by 7.7 percent for each 5 percent incremental seasonal price differential. While the seasonal distribution of production changes significantly throughout the range of price differentials, annual production remains virtually the same. For example, while production seasonality falls by 84 percent between the zero and the 50 percent price differential, annual production is less than 0.06 percent different over this range in differentials. Consequently, while seasonal price incentive plans are effective in changing the seasonal distribution of production, these plans have virtually no impact on annual production levels.

There is less of a change in seasonality in response to seasonal price differentials than previous research suggests. For example, Kaiser, Oltenacu, and Smith found that a seasonal differential of $1.12 per hundredweight would be enough to completely even out spring and fall milk production based on responses elicited from dairy farmers in New York State. At the time of this study, the $1.12 price differential was equivalent to 9 percent of the annual milk price. The results indicate that spring production would be roughly 7.5 percent higher than fall production based on a 9 percent seasonal differential.

Table 3. Short-Run, Intermediate-Run, and Long-Run Elasticities of U.S. Dairy Supply

| Elasticity[a] | | | | | | Length of Run | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (j Quarters) | | | | : | (j Years) | | | | | | | |
| | 0 | 1 | 2 | 3 | : | 1 | 2 | 3 | 4 | 5 | 10 | 15 | 20 |
| ePPC,AMP$_j$ | 0.00 | 0.06 | 0.09 | 0.11 | : | 0.12 | 0.24 | 0.36 | 0.47 | 0.59 | 1.12 | 1.62 | 2.03 |
| eHEF,AMP$_j$ | 0.00 | 0.00 | 0.00 | 0.04 | : | 0.08 | 0.19 | 0.25 | 0.36 | 0.45 | 1.01 | 1.63 | 2.28 |
| eCOW, AMP$_j$ | 0.00 | 0.03 | 0.05 | 0.07 | : | 0.09 | 0.18 | 0.27 | 0.37 | 0.47 | 1.04 | 1.70 | 2.33 |
| ePROD,AMP$_j$ | 0.00 | 0.09 | 0.14 | 0.18 | : | 0.22 | 0.42 | 0.64 | 0.86 | 1.09 | 2.28 | 3.59 | 4.83 |
| ePPC,PSCOW$_j$ | 0.00 | 0.00 | 0.00 | 0.00 | : | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| eHEF,PSCOW$_j$ | 0.00 | 0.00 | 0.00 | 0.00 | : | 0.00 | -0.01 | -0.04 | -0.05 | -0.05 | -0.14 | -0.21 | -0.30 |
| eCOW,PSCOW$_j$ | -0.01 | -0.02 | -0.03 | -0.03 | : | -0.04 | -0.05 | -0.05 | -0.07 | -0.08 | -0.16 | -0.25 | -0.34 |
| ePROD,PSCOW$_j$ | -0.01 | -0.02 | -0.03 | -0.03 | : | -0.04 | -0.05 | -0.05 | -0.07 | -0.08 | -0.16 | -0.25 | -0.34 |
| ePPC,FWAGE$_j$ | 0.00 | 0.00 | 0.00 | 0.00 | : | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| eHEF,FWAGE$_j$ | 0.00 | 0.00 | 0.00 | -0.03 | : | -0.05 | -0.10 | -0.10 | -0.11 | -0.14 | -0.24 | -0.39 | -0.54 |
| eCOW,FWAGE$_j$ | 0.00 | 0.00 | 0.00 | 0.00 | : | 0.00 | -0.01 | -0.03 | -0.05 | -0.06 | -0.17 | -0.28 | -0.43 |
| ePROD,FWAGE$_j$ | 0.00 | 0.00 | 0.00 | 0.00 | : | 0.00 | -0.01 | -0.03 | -0.05 | -0.06 | -0.17 | -0.28 | -0.43 |
| ePPC, PFEED$_j$ | -0.07 | -0.09 | -0.10 | -0.11 | : | -0.15 | -0.24 | -0.35 | -0.46 | -0.57 | -1.10 | -1.50 | -1.87 |
| eHEF,PFEED$_j$ | 0.00 | 0.00 | 0.00 | -0.01 | : | -0.03 | -0.08 | -0.13 | -0.19 | -0.25 | -0.54 | -0.83 | -1.07 |
| eCOW, PFEED$_j$ | -0.02 | -0.04 | -0.05 | -0.06 | : | -0.07 | -0.13 | -0.19 | -0.25 | -0.31 | -0.61 | -0.93 | -1.17 |
| ePROD,PFEED$_j$ | -0.09 | -0.13 | -0.15 | -0.17 | : | -0.22 | -0.37 | -0.53 | -0.69 | -0.86 | -1.60 | -2.30 | -2.82 |

[a] All elasticities are evaluated at the 1972:4 data point.

Table 4. Seasonality Indices for Heifer Numbers, Cow Numbers, Production per Cow, and Total Production

| Variable | Percentage of Seasonal Price Difference | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 0% | 5% | 10% | 15% | 20% | 25% | 30% | 35% | 50% |
| COW | 0.14% | -0.17% | -0.45% | -0.72% | -1.00% | -1.28% | -1.55% | -1.83% | -2.65% |
| HEF | -0.23% | -0.23% | -0.19% | -0.16% | -0.12% | -0.09% | -0.05% | -0.01% | 0.12% |
| PPC | 9.04% | 8.36% | 7.89% | 7.42% | 6.94% | 6.46% | 5.97% | 5.49% | 4.00% |
| PROD | 9.17% | 8.20% | 7.47% | 6.74% | 6.00% | 5.26% | 4.51% | 3.75% | 1.44% |

One explanation for the divergence in results between Kaiser, Oltenacu, and Smith's study and the current one is that the former is based on producers' hypothetical responses while the current study is based on observed data. What producers say they will do and what they actually do may be quite different. In addition, the model used in this study captures constraints on the biological adjustment process in the dairy herd, which may dampen the supply response to the seasonal price differentials. For instance, in the model used here, whenever cow and heifer numbers are altered in response to seasonal price differentials, there is a carryover effect on herd size in subsequent quarters. The indirect carryover effect may inhibit farmers from lowering their production seasonality by as much as they intended (e.g., an increase in herd size in fall will also have positive effect on herd size in the spring). The approach used here represents a more appropriate way of modeling milk supply response because it captures some of these important herd-age cohort dynamics. Completely evening out spring and fall production would be extremely difficult for farmers to do. This is due to the fact that production seasonality is mainly due to seasonality in production per cow, and the most important factors affecting production per cow are physiological and technical factors rather than economic factors.

## Summary

This article determined the impacts of several hypothetical seasonal price differentials on milk production seasonality in the United States. Milk production seasonality was compared with alternative levels of price differentials that lower the spring milk price when production is highest, and raise the fall price when production is lowest. A secondary objective was to develop a quarterly dynamic milk supply-response model that explicitly accounts for biological constraints on dairy cattle as well as economic factors that influence dairy herd size. A system of nonlinear equations for numbers of heifers and cows, and production per cow was specified according to constraints on the age structure of the cohort and farmers' seasonal adjustment decisions on culling and replacing cows.

Seasonality in milk production could be lowered substantially by implementing seasonal price differentials. For example, milk production seasonality declined from 9.2 percent to 1.4 percent when price differentials were increased from 0 percent to 50 percent. Almost all of the seasonality in milk production was due to seasonality in milk yields rather than seasonality in herd size. To adjust milk production in response to seasonal price differentials, farmers will need to concentrate mostly on altering seasonal levels of milk yields. While price differentials had an impact on changing the seasonal distribution of production, none of them changed annual production levels. The results indicate less of a responsiveness to seasonal price differentials than previous research. This was because some of the previous research relied on producer intentions rather than actual behavior. In addition, explicitly built-in constraints on herd dynamics were used in the model, which means that when a producer changes herd size in a particular quarter, there will be carryover effects on herd size in subsequent quarters. These carryover effects may lessen the ultimate impact of price differentials on seasonality. Supply-response models that account for the biological adjustment process in the dairy herd are needed to study problems associated with milk production seasonality.

[Received December 1993. Final version received May 1995.]

## References

Caine, R.J.H. and P. Stonehouse. "Adjusting the Seasonality of Milk Shipments in Canada: Problems, Economic Impacts and Potential Policies." *Canadian Journal of Agricultural Economics* 31(1983):331-50.

Chavas, J.P. and R.M. Klemme. "Aggregate Milk Supply Response and Investment Behavior on U.S. Dairy Farms." *American Journal of Agricultural Economics* 68(1986):55-66.

Chen, D., R. Courtney, and A. Schmitz. "A Polynomial Lag Formulation of Milk Production Response." *American Journal of Agricultural Economics* 54(1972):77-83.

Dahlgran, R.A. "A Synthesis of Microeconomic Duality Theory and Distribution Lag Modeling with Implications for U.S. Dairy Policy." *North Central Journal of Agricultural Economics* 7(1985):132-44.

Hall, S.C., P.A. Oltenacu, and R.A. Milligan, "Returns to Dairy Producers Under Different Seasonal Production Patterns." Agricultural Economics Resource 87-27, Department of Agricultural Economics, Cornell University, October 1987.

Hammond, J.W. "Regional Milk Supply Analysis." Staff Paper 74-12, Department of Agricultural and Applied Economics, University of Minnesota, July 1974.

*Hoard's Dairyman.* "Calf Care and Raising Young Stock." Fort Atkinson, WI, 1982.

Kaiser, H.M., O.D. Forker, J. Lenz, and C. Sun. "Evaluating Generic Dairy Advertising Impacts on Retail, Wholesale, and Farm Milk Markets," *Journal of Agricultural Economics Research* 44(1993):3-17.

Kaiser, H.M., P.A. Oltenacu, and T.R. Smith, "The Effects of Alternative Seasonal Price Differentials on Milk Production in New York." *Northeastern Journal of Agricultural and Resource Economics* 17(1988): 46-55.

Kilmer, R.L., J. Morrill, T.H. Spreen, and M.A. DeLorenzo. "The Effects of Alternative Freshening Distributions on Milk Production and Imports in Florida." *Northeastern Journal of Agricultural and Resource Economics* 21(1992):151-59.

LaFrance, J.T. and H. de Gorter. "Regulation in a Dynamic Market: The U.S. Dairy Industry." *American Journal of Agricultural Economics* 67(1985):821-31.

Liu, D.J., H.M. Kaiser, O.D. Forker, and T.D. Mount. "An Economic Analysis of the U.S. Generic Dairy Advertising Program Using an Industry Model." *Northeastern Journal of Agricultural and Resource Economics* 19(1990):37-48.

ANALYSIS OF SEASONAL MILK PRICE INCENTIVE PLANS   Sun, Kaiser, Forker   393

Prindle, A.M. and J.S. Livezey. "Optimal Production Schedules for a Representative Farm Under Alternative Seasonal Milk Pricing Patterns of the Base-Excess Plan." *Journal of the Northeastern Agricultural Economics Council* 10(1981):23-9.

Schmidt, G.H., L.D. Van Vleck, and M.F. Hutjens. *Principles of Dairy Science*, 2nd edition. Englewood Cliffs, NJ: Prentice Hall, Inc., 1988.

United States Department of Agriculture, Economic Research Service, *Agricultural Prices*. Washington, DC, selected issues 1970-1992.

_____. *Dairy Situation and Outlook*. Washington, DC, selected Issues, 1970-92.