# EXHIBIT 4F


# USDA National Agricultural Statistics Service


Case 1:08-cv-00121-LJO-GSA    Document 84-17    Filed 07/09/10    Page 2 of 5


## Quick Stats

Home    Feedback    Help

| Source | Year | Frequency | Location | State | State Fips | Ag. District | Ag. District Code | County | County Code | Zip Code | Region | Watershed | Data Item | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SURVEY | 2007 | APR | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1915 |
| SURVEY | 2007 | AUG | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1900 |
| SURVEY | 2007 | DEC | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1885 |
| SURVEY | 2007 | FEB | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1755 |
| SURVEY | 2007 | JAN | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1880 |
| SURVEY | 2007 | JUL | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1900 |
| SURVEY | 2007 | JUN | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1845 |
| SURVEY | 2007 | MAR | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1975 |
| SURVEY | 2007 | MAY | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1925 |
| SURVEY | 2007 | NOV | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1810 |
| SURVEY | 2007 | OCT | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1870 |
| SURVEY | 2007 | SEP | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1785 |

| Month 2007 | Lbs/Cow |
|---|---|
| January | 1880 |
| February | 1755 |
| March | 1975 |
| April | 1915 |
| May | 1925 |
| June | 1845 |
| July | 1900 |
| August | 1900 |
| September | 1785 |
| October | 1870 |
| November | 1810 |
| December | 1885 |



# USDA National Agricultural Statistics Service



## Quick Stats

Home    Feedback    Help

| Source | Year | Frequency | Location | State | State Fips | Ag. District | Ag. District Code | County | County Code | Zip Code | Region | Watershed | Data Item | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SURVEY | 2006 | APR | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1855 |
| SURVEY | 2006 | AUG | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1860 |
| SURVEY | 2006 | DEC | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1845 |
| SURVEY | 2006 | FEB | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1710 |
| SURVEY | 2006 | JAN | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1825 |
| SURVEY | 2006 | JUL | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1760 |
| SURVEY | 2006 | JUN | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1795 |
| SURVEY | 2006 | MAR | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1925 |
| SURVEY | 2006 | MAY | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1895 |
| SURVEY | 2006 | NOV | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1760 |
| SURVEY | 2006 | OCT | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1815 |
| SURVEY | 2006 | SEP | STATE | CALIFORNIA | 06 | | | | | | | | MILK - YIELD, MEASURED IN LB / COW | 1775 |

| Month 2006 | Lbs/Cow |
|---|---|
| JAN | 1825 |
| FEB | 1710 |
| MAR | 1925 |
| APR | 1855 |
| MAY | 1895 |
| JUN | 1795 |
| JUL | 1760 |
| AUG | 1860 |
| SEP | 1775 |
| OCT | 1815 |
| NOV | 1760 |
| DEC | 1845 |

